UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER SPIDER,<br><br>Defendant. | 23-CR-40100<br><br>SECOND SET OF MOTIONS IN LIMINE |

Christopher Spider, by and through his attorney, Michael W. Hanson, hereby asks the Court to grant the following motion in limine:

1. For an order prohibiting the government from introducing into evidence Christopher Spider's two previous convictions for conspiracy to distribute a controlled substance under Federal Rules of Evidence 404(b).

Dated this 17th day of February 2025.

/s/ Michael W. Hanson
Michael W. Hanson
Attorney for Defendant
505 W 9th St, Ste 100
Sioux Falls, SD 57104
(605) 332-8227
mikelawsfsd@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February 2025, I served upon the individuals listed below by electronic filing, a true and correct copy of the foregoing Second Set of Motions in Limine and this Certificate of Service:

Assistant U.S. Attorney Paige Petersen at paige.petersen@usdoj.gov

James Eirinberg at jeirin@midco.net

Sonny Walter at dwalter@midco.net

/s/ Michael W. Hanson
Michael W. Hanson
Attorney for Defendant
505 W 9th St, Ste 100
Sioux Falls, SD 57104
(605) 332-8227
mikelawsfsd@yahoo.com