UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER SPIDER, aka "House,"<br>JESUS SALAMO-ROCHE, and<br>LANCE BRUNSTING,<br><br>Defendant. | 23-CR-40100<br><br>CHRISTOPHER SPIDER'S PROPOSED SUPPLEMENTAL JURY INSTRUCTION |

| | |
|---|---|
| Attorney for United States: | Mark Hodges<br>Assistant United States Attorney<br>PO Box 2638<br>Sioux Falls, SD 57101-2638 |
| Attorney for Defendant Spider: | Michael W. Hanson<br>505 W 9th St, Ste 100<br>Sioux Falls, SD 57104 |
| Attorney for Defendant Salamo-Roche: | James A, Eirinberg<br>300 N Dakota Ave, Ste 509<br>Sioux Falls, SD 57104 |
| Attorney for Defendant Brunsting: | Sonny Walter<br>335 N Main Ave, Ste 230<br>Sioux Falls, SD 57104 |

Comes now the defendant, Christopher Spider, proposes the following proposed supplemental jury instruction numbered 16.

Dated this 11th day of March 2025.

/s/ Michael W. Hanson
Michael W. Hanson
Attorney for Defendant
505 W 9th St, Ste 100
Sioux Falls, SD 57104
(605) 332-8227
mikelawsfsd@yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER SPIDER, aka "House,"<br>JESUS SALAMO-ROCHE, and<br>LANCE BRUNSTING,<br><br>Defendant. | 23-CR-40100<br><br>CERTIFICATE OF SERVICE |

The undersigned attorney hereby certifies that on the 11th day of March 2025, he served a true and correct copy of Christopher Spider's Proposed Supplemental Jury Instruction on the following individuals by electronic filing:

Mark Hodges at mark,hodges@usdoj.gov

James Eirinberg at jeirin@midco.net

Sonny Walter at dwalter@midco.net

/s/ Michael W. Hanson
Michael W. Hanson
Attorney for Defendant
505 W 9th St, Ste 100
Sioux Falls, SD 57104
(605) 332-8227
mikelawsfsd@yahoo.com

DEFENDANT CHRISTOPHER SPIDER'S PROPOSED INSTRUCTION NO. 1

You are about to hear evidence that defendant, Christopher Spider, was previously convicted of crimes. You may use that evidence only to help you decide whether to believe his testimony and how much weight to give it. The fact that he was previously convicted of crimes does not mean that he committed the crime charged here, and you must not use that evidence as any proof of the crime charged in this case.

Source: Eighth Circuit Manual of Model Jury Instructions Criminal § 2.16

INSTRUCTION NO. _____

You are about to hear evidence that defendant, Christopher Spider, was previously convicted of crimes. You may use that evidence only to help you decide whether to believe his testimony and how much weight to give it. The fact that he was previously convicted of crimes does not mean that he committed the crime charged here, and you must not use that evidence as any proof of the crime charged in this case.