UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHRISTOPHER SPIDER, a/k/a "House",
JESUS SALAMO-ROCHE,
and LANCE BRUNSTING,

Defendants.

CR 23-40100

GOVERNMENT'S PROPOSED
JURY INSTRUCTIONS

The United States of America, by and through Assistant United States Attorneys Paige Petersen, hereby submits the following proposed jury instructions numbered 1 through 6. The United States requests leave to submit any additional instructions which may become appropriate during the course of the trial.

Dated and electronically filed this 11th day of March, 2025.

ALISON RAMSDELL
United States Attorney

*/s/ Paige Petersen*

Paige Petersen
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2361
Facsimile: (605)330-4410
E-Mail: paige.petersen@usdoj.gov

GOVERNMENT'S PROPOSED INSTRUCTION NO. 1

It is not necessary for the government to prove that the defendants knew the precise nature of the controlled substances that they intended to distribute.

The government must prove beyond a reasonable doubt, however, that the defendants did know that some type of controlled substance was intended to be distributed.

Source: Devitt, Blackmar & O'Malley § 64.15

GOVERNMENT'S PROPOSED INSTRUCTION NO. 2

You are instructed, as a matter of law, that Methamphetamine is a controlled substance.

Source: Devitt, Blackmar & O'Malley § 54.13 (modified)

GOVERNMENT'S PROPOSED INSTRUCTION NO. 3

The Indictment charges that the offense was committed "on or about" certain dates.

Although it is necessary for the government to prove beyond a reasonable doubt that the offense was committed on a date reasonably near the dates alleged in the Third Superseding Indictment, it is not necessary for the government to prove that the offense was committed precisely on the dates charged.

Source: Devitt, Blackmar & O'Malley § 13.05

GOVERNMENT'S PROPSOED INSTRUCTION NO. 4

If you determined that an agreement existed and the defendant joined the agreement, then acts and statements knowingly done or made by a member of the agreement during the existence of the agreement and in furtherance of it, may be considered by you as evidence pertaining to the defendant, even though the acts and statements were done or made in the absence of and without the knowledge of the defendant.

This includes acts done or statements made before the defendant joined the agreement, because a person who knowingly, voluntarily and intentionally joins an existing conspiracy becomes responsible for all of the conduct of the co-conspirators from the beginning of the conspiracy.

Source: *Bourjaily v. United States*, 483 U.S. 171 (1987).

GOVERNMENT'S PROPSOED INSTRUCTION NO. 5

For you to find Christopher Spider, a/k/a "House" guilty of the offense of tampering with a witness as charged in Count 2 of the Third Superseding Indictment, the prosecution must prove the following two essential elements beyond a reasonable doubt:

One, on or about September 18, 2024, the defendant, Christopher Spider, a/k/a "House", did knowingly attempt to intimidate or threaten Sapphire Bigeagle; and

Two, Christopher Spider, a/k/a "House" did so with the intent to influence the testimony of Sapphire Bigeagle in trial.

> To act with "intent to influence" means to act for the purpose of getting Sapphire Bigeagle to change, color or shade her testimony in some way. It is not necessary for the government to prove that Sapphire Bigeagle's testimony was, in fact, changed in any way.

For you to find Christopher Spider, a/k/a "House" guilty of the offense charged in Count 2 of the Third Superseding Indictment, the prosecution must prove all of the essential elements beyond a reasonable doubt. If you find that the prosecution has not proved each of the elements, then you must find Christopher Spider, a/k/a "House" not guilty of Count 2 charged in the Superseding Indictment.

Source: Judicial Committee on Model Jury Instructions for the Eighth Circuit 2022 Edition § 6.18.1512

GOVERNMENT'S PROPSOED INSTRUCTION NO. 6

The crime charged in Count 2 the Third Superseding Indictment is an attempt to Tamper with a Witness. A person may be found guilty of an attempt if he intended to influence the testimony of Sapphire Bigeagle and voluntarily and intentionally carried out some act which was a substantial step toward that; i.e. sending a letter to Sapphire Bigeagle.

Source: USA v. Jerome Moses Goodhouse, Jr. CR22-10004 Final Jury Instruction No. 14 at Doc. 49.

Dated and electronically filed this 11th day of March, 2025.

ALISON RAMSDELL
United States Attorney

*/s/ Paige Petersen*
Paige Petersen
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2361
Facsimile: (605)330-4410
E-Mail: paige.petersen@usdoj.gov