# UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

Southern Division

United States of America
V.
Christopher Spider, a/k/a "House" and
Lance Brunsting

**EXHIBIT LIST**

Case Number: CR 23-40100-2,7

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Karen E. Schreier, United States District Judge | Paige Petersen | Michael W. Hanson, D. Sonny Walter |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| March 24-27, 2025 | Tricia Bernstein | DJP |

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | 3-25-25 | X | T-III Call Session No. 135 |
| 2 | | | 3-25-25 | X | T-III Call Session No. 133 |
| 3 | | | 3-25-25 | X | T-III Call Session No. 210 |
| 4 | | | 3-25-25 | X | T-III Call Session No. 265 |
| 5 | | | 3-25-25 | X | T-III Call Session No. 153 |
| 6 | | | 3-25-25 | X | T-III Call Session No. 1122 |
| 7 | | | 3-25-25 | X | T-III Call Session No. 1173 |
| 8 | | | 3-25-25 | X | T-III Call Session No. 1538 |
| 9 | | | 3-25-25 | X | T-III Call Session No. 2031 |
| 10 | | | 3-25-25 | X | T-III Call Session No. 2095 |
| 11 | | | 3-25-25 | X | T-III Call Session No. 2096 |
| 12 | | | 3-25-25 | X | T-III Call Session No. 2161 |
| 13 | | | 3-25-25 | X | T-III Call Session No. 2190 |
| 14 | | | 3-25-25 | X | T-III Call Session No. 2138 |
| 15 | | | | | (Intentionally Left Blank) |
| 16 | | | | | (Intentionally Left Blank) |
| 17 | | | | | (Intentionally Left Blank) |
| 18 | | | | | (Intentionally Left Blank) |
| 19 | | | | | (Intentionally Left Blank) |
| 20 | | | | | (Intentionally Left Blank) |



* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| United States of America | vs. | Christopher Spider, a/k/a "House" and Lance Brunsting | Case No. CR 23-40100-2,7 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 21 | | | | | (Intentionally Left Blank) |
| 22 | | | | | (Intentionally Left Blank) |
| 23 | | | | | Interview with Christopher Spider Clip 1 |
| 24 | | | 3-25-25 | X | Interview with Christopher Spider Clip 2 |
| 25 | | | 3-25-25 | X | Christopher Spider J&C CR 10-30087 |
| 26 | | | 3-25-25 | X | Christopher Spider J&C CR 15-30003 |
| 27 | | | | | Jason Brandis J&C 49CRI22005805 |
| 28a | | | 3-27-25 | X | Surveillance Photos LB |
| 28b | | | 3-27-25 | X | Surveillance Photos LB |
| 28c | | | 3-27-25 | X | Surveillance Photos LB |
| 28d | | | 3-27-25 | X | Surveillance Photos LB |
| 29 | | | | | Lance Brunsting J&C 1993CR41 |
| 30 | | | | | Lance Brunsting J&C 2004CR002135 |
| 31 | | | | | Lance Brunsting J&C 2004CR003544 |
| 32a | | | 3-25-25 | X | Vehicle Tracker Maps |
| 32b | | | 3-25-25 | X | Vehicle Tracker Maps |
| 32c | | | | | Vehicle Tracker Maps |
| 33 | | | 3-25-25 | X | Physical Exhibit – Scales |
| 34 | | | 3-25-25 | X | Physical Exhibit – Baggies Containing Methamphetamine |
| 35 | | | 3-25-25 | X | Physical Exhibit – Methamphetamine from Residence |
| 36 | | | | | (Intentionally Left Blank) |
| 37 | | | | | (Intentionally Left Blank) |
| 38 | | | 3-25-25 | X | Arial Footage of CS and Nathan Johnson Deal |
| 39 | | | 3-25-25 | X | Photos from Search of Chris Spider Residence |
| 40 | | | 3-26-25 | X | Photos from Search of Chris Spider Residence |
| 41 | | | 3-26-25 | X | Photos from Search of Chris Spider Residence |
| 42 | | | 3-26-25 | X | Photos from Search of Chris Spider Residence |
| 43 | | | 3-26-25 | X | Photos from Search of Chris Spider Residence |
| 44 | | | 3-26-25 | X | Photos from Search of Chris Spider Residence |
| 45 | | | 3-26-25 | X | Photos from Search of Chris Spider Residence |



* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| United States of America | vs. | Christopher Spider, a/k/a "House" and Lance Brunsting | Case No. CR 23-40100-2,7 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 46 | | | 3-26-25 | X | Photos from Search of Chris Spider Residence |
| 47 | | | 3-26-25 | X | Photos from Search of Chris Spider Residence |
| 48 | | | 3-26-25 | X | Photos from Search of Chris Spider Residence |
| 49 | | | 3-26-25 | X | Photos from Search of Chris Spider Residence |
| 50 | | | 3-26-25 | X | Photos from Search of Chris Spider Residence |
| 51a | | | 3-25-25 | X | Text Messages between Nathan Johnson and Chris Spider |
| 51b | | | 3-25-25 | X | Text Messages between Nathan Johnson and Chris Spider |
| 52 | | | 3-26-25 | X | Tolulope Omosun Curriculum Vitae |
| 53 | | | 3-26-25 | X | Lab Report |
| 54 | | | 3-26-25 | X | Physical Exhibit – Methamphetamine from Vehicle |
| 55 | | | 3-26-25 | X | Samantha Sierakowski Curriculum Vitae |
| 56 | | | 3-26-25 | X | Lab Report |
| 57 | | | 3-26-25 | X | Lona Haas-Boyer Curriculum Vitae |
| 58 | | | 3-26-25 | X | Lab Report |
| 59 | | | 3-26-25 | X | Copy of Letter sent to Mom – Sapphire Big Eagle |
| 60 | | | | | (Intentionally Left Blank) |
| 61 | | | 3-26-25 | X | Jail Texts – Weston Big Eagle and Christopher Spider |
| 62 | | | 3-25-25 | X | T-III Call Session No. 254 |
| 63a | | | 3-26-25 | X | Photo |
| 63b | | | 3-26-25 | X | Photo |
| 63c | | | 3-26-25 | X | Photo |
| 64 | | | 3-27-25 | | Flash drive with recorded call |
| | | | | | |
| | | | | | |
| | 101 | | 3-25-25 | X | Autopsy report (SEALED) |
| | | | | | |
| | | | | | |
| | | | | | |



* Include a notation as to the location of any exhibit not held with the case file or not available because of size.