AO 245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

FILED
JUL 07 2011
[signature] CLERK

# UNITED STATES DISTRICT COURT

**District of South Dakota, Central Division**

UNITED STATES OF AMERICA
vs.
CHRISTOPHER ALLEN SPIDER

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 3:10CR30087-01

USM Number: 11101-273

Douglas A. Abraham
Defendant's Attorney

**THE DEFENDANT:**

■ pleaded guilty to count(s) 1.

☐ pleaded nolo contendere to count(s) which was accepted by the court.

☐ was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 846 and 841(a)(1) | Conspiracy to Distribute a Controlled Substance | 10/05/2010 | 1 |

The defendant is sentenced as provided in this judgment. The sentence is imposed pursuant the statutory and constitutional authority vested in this court.

☐ The defendant has been found not guilty on count(s)

■ Count(s) 2&3 ☐ is ■ are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

UNITED STATES OF AMERICA
DISTRICT OF SOUTH DAKOTA } SS

I, MATTHEW W. THELEN, Clerk of the United States District Court for the District of South Dakota, hereby certify that the above and foregoing is a true copy of the original now on file in my office.

Dated: Jul 18, 2024

MATTHEW W. THELEN, Clerk

By: Matthew Thelen

7/5/2011
Date of Imposition of Judgment

[signature]
Signature of Judge

Roberto A. Lange, United States District Judge
Name and Title of Judge

July 6, 2011
Date

GOVERNMENT EXHIBIT 25
23-40100
PENGAD 800-631-6989

FILED
SEP - 9 2015
CLERK

AO 245B (Rev. 09/14) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District Of South Dakota, Central Division

UNITED STATES OF AMERICA
v.
Christopher Allen Spider

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 3:15CR30003-1

USM Number: 11101-273

Robert T. Konrad
Defendant's Attorney

**THE DEFENDANT:**

■ pleaded guilty to count(s) 1 of the Indictment

☐ pleaded nolo contendere to count(s)
which was accepted by the Court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846 | Conspiracy to Distribute and Possess With Intent to Distribute a Controlled Substance | 12/29/2014 | 1 |

The defendant is sentenced as provided in this Judgment. The sentence is imposed pursuant to the statutory and constitutional authority vested in this Court.

☐ The defendant has been found not guilty on count(s)

■ Count(s) 2 of the Indictment ■ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States attorney of material changes in economic circumstances.

09/08/2015
Date of Imposition of Judgment

Signature of Judge

Roberto A. Lange, United States District Judge
Name and Title of Judge

September 9, 2015
Date

UNITED STATES OF AMERICA } SS
DISTRICT OF SOUTH DAKOTA

I, MATTHEW W. THELEN, Clerk of the United States District Court for the District of South Dakota, hereby certify that the above and foregoing is a true copy of the original now on file in my office.

Dated: Jul 18, 2024

MATTHEW W. THELEN, Clerk

By: Matthew Thelen

GOVERNMENT EXHIBIT
26
23-40100



PENGAD 800-631-6989
GOVERNMENT EXHIBIT
28A


PENGAD 800-631-6989
GOVERNMENT EXHIBIT


STREET SWEEPING
THIS SIDE
PENGAD 800-631-6989
GOVERNMENT EXHIBIT


PENGAD 800-631-6989
GOVERNMENT
EXHIBIT
28D
23-40100

09 July 2023 Fort Thompson-Mitchell




10 July 2023 Mitchell-White Lake






GOVERNMENT EXHIBIT 32A
23-40100
PENGAD 800-631-6989

11 JULY 2023 White Lake-Fort Thompson




11 JULY 2023 Fort Thompson




US v. Nathan Johnson, et al - 09207

GOVERNMENT EXHIBIT
32B
23-40100
PENGAD 800-631-6989



GOVERNMENT EXHIBIT 39
23-40100
PENGAD 800-631-6989




GOVERNMENT EXHIBIT 40
23-40100
PENGAD 800-631-6989


GOVERNMENT
EXHIBIT
41
23-40100
PENGAD 800-631-6989


3DL-34592
PENGAD 800-631-6989
GOVERNMENT
EXHIBIT
42
23-40100



GOVERNMENT EXHIBIT 43
23-40100
PENGAD 800-631-6989


GOVERNMENT
EXHIBIT
44
23-40100
PENGAD 800-631-6989


PENGAD 800-631-6989
GOVERNMENT
EXHIBIT
45
23-40100




GOVERNMENT EXHIBIT 46
23-40100
PENGAD 800-631-6989



PENGAD 800-631-6989
GOVERNMENT EXHIBIT
47
23-40100


Just In Case
HOME:
-Address [redacted]
-Phone: [redacted]
EMERGENCY's: 911
FIRE: 605-245-
POLICE: 605-245-
AMBULANCE: 605-245-
[redacted]
Aunty Becky [redacted]
Aunty [redacted]
House [redacted]
GYM: 60
GOVERNMENT
EXHIBIT
48
23-40100
PENGAD 800-631-6989


you grow girl
GOVERNMENT
EXHIBIT
49
23-40100
PENGAD 800-631-6989


PENGAD 800-631-6989
GOVERNMENT
EXHIBIT
50
23-40100

SMS
IAP System ID: CY1
Call ID: [redacted]
Direction: Outgoing
Completion Status: Completed
Answered Status: Not Applicable
Associate DN: [redacted]
Target DN: [redacted]
Location: MCC: 311 MNC: 480 eNodeB: 320121 CellID: 22 TAC: 5222
Dialed Digits: [redacted]
Data Correlation ID: 00E095D8169BB090
Duration: 00:00:01
Decoded Status: Succeeded

[redacted] Verizon 2023-07-10 10-16-16 02178 Content (SMS - Pager).rtf

Donald Wagner

Event | Decode Event | Track Point

Drag a column header here to group by that column.

| Received Time | Type | Event | Details |
|---|---|---|---|
| 7/10/2023 10:16:16.687 CDT | ATIS T1.678 DSR | DirectSignalReporting | Event Details |
| 7/10/2023 10:16:16.737 CDT | ATIS T1.678 DSR | DirectSignalReporting | Event Details |
| 7/10/2023 10:16:17.160 CDT | ATIS T1.678 DSR | DirectSignalReporting | Event Details |
| 7/10/2023 10:16:17.213 CDT | ATIS T1.678 DSR | DirectSignalReporting | Event Details |
| 7/10/2023 10:16:46.743 CDT | System | Timeout | Event Details |

PENGAD 800-631-6989
GOVERNMENT EXHIBIT
51A
23-40100

Primary Index History Involvements Properties Provenance Signature Documents Products

SMS
IAP System ID: CY1
Call ID: V[redacted]
Direction: Incoming
Completion Status: Completed
Answered Status: Not Applicable
Associate DN: [redacted]
Target DN: [redacted]
Location: MCC: 311 MNC: 480 eNodeB: 20875 CellD: 12 TAC: 5222
In Digits: 160568[redacted]
Data Correlation ID: 0090AFBAD5B5C5F5
Duration: 00:00:02
Decoded Status: Succeeded

[redacted] Content (SMS - Pager).rtf

Save As... Open

It's done

Event | Decode Event | Track Point

Drag a column header here to group by that column.

| Received Time | Type | Event | Details |
|---|---|---|---|
| 7/10/2023 13:03:58.753 CDT | ATIS T1.678 DSR | DirectSignalReporting | Event Details |
| 7/10/2023 13:04:00.797 CDT | ATIS T1.678 DSR | DirectSignalReporting | Event Details |
| 7/10/2023 13:04:00.817 CDT | ATIS T1.678 DSR | DirectSignalReporting | Event Details |
| 7/10/2023 13:04:00.827 CDT | ATIS T1.678 DSR | DirectSignalReporting | Event Details |
| 7/10/2023 13:04:30.807 CDT | System | Timeout | Event Details |

GOVERNMENT EXHIBIT
51B
23-40100
PENGAD 800-631-6989

Tolulope Omosun, Ph.D.
Department of Justice
Drug Enforcement Administration
Office of Forensic Science

Forensic Chemist
North Central Laboratory
Chicago, Illinois

## AREA OF EXPERTISE

**Forensic Discipline**

Seized Drug Analysis

**Expert Testimony**

- Qualified as an expert witness in the identification of controlled substances and testified 15 times.
- United States of America vs. Phillip C. Mayfield (Springfield, IL), 2024.
- State of Missouri vs. Andrew J. Sales (Benton, MO), 2024.
- United States of America vs. Dawn Eagle Feather Floyd (Pierre, SD), 2024.
- United States of America vs. Earl Austin IV (Grand Rapids, MI), 2024.
- United States of America vs. Payne Randle (Fort Wayne, IN), 2024.
- United States of America vs. De'Andre Owens (East St. Louis, IL), 2024.
- United States of America vs. Keith Jones, et al. (Indianapolis, IN), 2023.
- United States of America vs. Rusty James Driscoll and Shaunna Marie Gross (Sioux Falls, SD), 2023.
- United States of America vs. Michael Hoeft (Sioux Falls, SD), 2023.
- United States of America vs. Jason M. Potter (Kansas City, MO), 2023.
- United States of America vs. Terrill Goods (Covington, KY), 2022.
- United States of America vs. Harold McGhee (Peoria, IL), 2022.
- United States of America vs. Ray Noel Camacho (Sioux Falls, SD), 2022.
- United States of America vs. Steven J. Hecke (Fort Wayne, IN), 2022.
- United States of America vs. Adams, et al. (Wichita, KS), 2022.

## PROFESSIONAL EXPERIENCE

**Drug Enforcement Administration**

*Senior Forensic Chemist, North Central Laboratory, Chicago, Illinois 01/2023 – Present*
*Forensic Chemist, North Central Laboratory, Chicago, Illinois 01/2020 – 12/2022*

- Analyze drug evidence for the presence or absence of controlled substances using a variety of analytical techniques.
- Prepare reports of findings and provide expert witness testimony as needed.
- Provide field assistance to law enforcement personnel in the seizures of clandestine laboratories.
- More than 2000 exhibits analyzed.

*Training*

- DEA Clandestine Laboratory High Hazard Level A Certification Course, DLA 38 (Norfolk, VA),

GOVERNMENT EXHIBIT 52
23-40100
PENGAD 800-631-6989

- Forensic Science Symposium 2021 Web Seminar: Thematic Session 3 - Clandestine manufacture of methamphetamine.
- Basic Clandestine Laboratory Level B Training, BTC 83 (Quantico, VA), 2021
- American Academy of Forensic Science Annual Scientific Meeting Attendee – (Virtual), 2021 Workshop: A New Realm of Novel Psychoactive Substances (NPS) Opioids and NPS Benzodiazepines – Analytical and Interpretive Considerations.
- DEA Annual Training (Virtual): Bloodborne Pathogens, General Safety, Laboratory Hazardous Waste, Cybersecurity Awareness, Ethics, and Respiratory Protection
- North Central Laboratory Forensic Chemistry Training (Chicago, IL) 2020; Capillary Electrophoresis (CE), Nuclear Magnetic Resonance (NMR), Liquid Chromatography-Mass Spectrometry (LC-MS) and Gas Chromatography-Infrared Detection (GC-IRD).
- Basic Forensic Chemistry Training, BFCC 17 (Quantico, VA), 2020; Gas Chromatography Flame Ionization Detection (GC-FID), Gas Chromatography Mass Spectrometry (GC-MS), Ultra Performance Liquid Chromatography (UPLC) and Infrared Spectroscopy (IR).

**Georgia State University**
*Physical Science Laboratory Coordinator, Georgia State University, (Covington, GA) 2017 -2019*

- Planned, organized, and directed the operations of multiple instructional science laboratories; ensured science laboratories operated efficiently, effectively and safely; trained, supervised, and evaluated the performance of assigned personnel; taught laboratory classes.

**Kennesaw State University**
*Part-time Assistant Professor, Chemistry, Kennesaw State University, (Kennesaw, GA) 2016 - 2017*

- Taught General Chemistry Lecture and Laboratory Courses. Prepared teaching materials including problem sets and exams. Supervised and instructed students in General Chemistry techniques. Emphasized keeping complete and accurate scientific notes.

**Emory University**
*Graduate Research Assistant, Emory University, (Atlanta, GA) 2009 - 2016*

- Synthesized and assembled peptide hydrogels and nanotubes, designed experiments to test sample materials and carried out the tests using a variety of analytical techniques.
- Prepared and presented technical reports of scientific findings to supervisor and collaborators that provided detailed analysis and provided clear recommendations to supervisor and collaborators.
- Presented results at both local and international settings.
- Monitored and maintained analytical instrumentation including: High Performance Liquid Chromatography (HPLC), UV-Visible Spectroscopy (UV) and Fluorescence Spectroscopy.

*NMR Instructor, Emory University, (Atlanta, GA) 2011 – 2013*

- Performed routine laboratory functions such as sample preparation, sample analysis and instrument maintenance for Solid-State Nuclear Magnetic Resonance Spectroscopy (ssNMR). Assisted other students in developing protocols for their experiments and in the analysis of data from the experiments.

## EDUCATION AND CERTIFICATIONS

Emory University (Atlanta, Georgia)

Doctor of Philosophy in Chemistry (Ph.D.) 2016

University of Ibadan (Ibadan, Nigeria)

Masters of Science in Analytical Chemistry, 2003

University of Ibadan (Ibadan, Nigeria)

Bachelors of Science in Chemistry, 2000

## PRESENTATIONS AND LECTURES

- Poster Presenter, Self-Propagating Supramolecular Catalysts for Chemical Evolution
    - 23rd American Peptide Symposium, Hilton Waikoloa Village on the Big Island of Hawaii, 2013
    - Astrobiology Graduate Conference (Abgradcon), McGill University, Montreal, Quebec, Canada, 2013
- Poster Presenter, Amyloids as a Rogue Enzyme.
    - The 20th Annual Suddath Symposium-Prions and Protein Misfolding, 2012.
- Speaker, Origins of a Supramolecular Catalyst.
    - AbSciCon Atlanta, Georgia. 2012.
- Poster Presenter, Self-Propagating Catalysts for Chemical Evolution.
    - Center for Chemical Evolution Annual Meeting, Atlanta, Georgia, 2012
- Speaker, Self-Propagating Catalysts for Chemical Evolution
    - Center for Chemical Evolution Annual Meeting, Atlanta, Georgia, 2012
- Poster Presenter, Self-Propagating Minimal Peptide Catalyst
    - The Sixth Peptide Engineering Meeting (PEM 6), Atlanta, Georgia, 2012
- Poster Presenter, Self-Assembly of Minimal Peptide Catalyst.
    - Gordon Research Seminar and Conference on Origins of Life, Galveston, Texas, 2012.
- Speaker, Self-Assembly of Minimal Peptide Catalyst.
    - Center for Chemical Evolution Annual Meeting, Atlanta, Georgia, 2011.

## PUBLICATIONS

- Stephen J. Klawa, Michelle Lee, Kyle D. Riker, Tengyue Jian, Qunzhao Wang, Yuan Gao, Margaret L. Daly, Shreeya Bhonge, W. Seth Childers, Tolulope O. Omosun, Anil K. Mehta, David G. Lynn & Ronit Freeman. Uncovering supramolecular chirality codes for the design of tunable biomaterials. Nature Communications 2024; 15, 788.
- Stephanie R. Lundy, Tarek Ahmad, Tankya Simoneaux, Ifeyinwa Benyeogor, YeMaya Robinson, Zenas George et al. Effect of Time of Day of Infection on Chlamydia Infectivity and Pathogenesis. Scientific Reports 2019; 9, 11405.
- Ifeyinwa Benyeogor, Tankya Simoneaux, Yuehao Wu, Stephanie Lundy, Zenas George, Khamia Ryans et al. A unique insight into the MiRNA profile during genital chlamydial infection. BMC Genomics 2019; 20, 143.
- Olga Taran, Chenrui Chen, Tolulope O. Omosun, Ming-Chien Hsieh, Allisandra Rha, Jay T. Goodwin et al. Expanding the informational chemistries of life: peptide/RNA networks. Phil. Trans. R. Soc. A 2017; 375, 2109.
- Tolulope O. Omosun, Ming-Chien Hsieh, W. Seth Childers, Dibyendu Das, Anil K. Mehta, Ting Pan et al. Catalytic Diversity of Self-Propagating Peptide Assemblies. Nature Chemistry 2017; 9, 805-809.

**U.S. Department of Justice**
**Drug Enforcement Administration**

North Central Laboratory
Chicago, IL

## Chemical Analysis Report

FBI - Rapid City Office
3600 Jet Drive
Rapid City, SD 57703

**Case Number:** 245C-MP-3730632
**LIMS Number:** 2023-SFL5-06391

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 1B25 | Methamphetamine Hydrochloride | 25.490 g ± 0.005 g | 97% ± 6% | 24.725 g ± 1.532 g |

**Remarks:**

The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:** 08/30/2023 **Gross Weight:** 57.4 g **Date Received by Examiner:** 09/18/2023

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 1B25 | 2 | Plastic Bag | Crystalline | 25.076 g |

**rks:**

### Exhibit Analysis:

**Sampling:**

Methamphetamine identified in all unit(s) received. A composite was formed from 2 units for further testing. Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 1B25 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy, Marquis Color Test |

| Exhibit | Purity Test(s) |
|---|---|
| 1B25 | DEA 503/UV-Vis Spectroscopy |

The following summary of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(G) and is a complete statement of my opinions, which are exclusive to and address only the exhibit(s) identified in this summary. I am employed by the U.S. Department of Justice, Drug Enforcement Administration (DEA) and was so employed when I conducted the examinations and analyses of the above referenced case number. My qualifications to conduct the examinations and analyses, and to express an opinion as to the identity of the material contained in the exhibit(s) described above, are based on my knowledge, skill, experience, training, and education. See my Curriculum Vitae (which will be provided prior to the close of expert discovery) for additional information regarding my qualifications, including previous testimony offered in the last four years and any publications authored in the last ten years.

The opinions described are based on the listed chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results set forth in the Laboratory Report and analyst notes. The manner and process by which I performed the analyses were, to the best of my knowledge, in accordance with the publicly available Analysis of Drugs Manual (ADM) and Laboratory Operations Manual (LOM), in effect at the time of analysis. These are generally available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596, or were otherwise disclosed upon request. I analyzed the material contained in the exhibit(s) which were submitted for analysis in the above referenced case number.

Refer to this laboratory report associated with the subject case number. The analytical methods used in these analyses are validated and verified according to our quality assurance policy to ensure the methods are reliable and fit-for-purpose and the techniques utilized are widely accepted and employed in the scientific and forensic community. Summaries of instrumental methods are available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596. This report, its attachments, and the referenced documents are not an exhaustive or complete recitation of testimony that I may offer. In addition, I may offer opinions in response to questions posed during trial. Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I, the analyst, approve the foregoing disclosure.

ninology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Tolulope O. Omosun, Senior Forensic Chemist **Date:** 09/21/202
**Approved By:** /S/ Ticia M. Eccardt, Quality Assurance Specialist **Date:** 09/21/202

DEA Form 113 August 2019

**Nathan John**

GOVERNMENT EXHIBIT
53
23-40100
PENGAD 800-631-6989

Samantha N. Sierakowski
Department of Justice
Drug Enforcement Administration
Office of Forensic Science

Forensic Chemist
North Central Laboratory
Chicago, IL

## AREA OF EXPERTISE

**Forensic Discipline**

Seized Drug Analysis

**Expert Testimony**

No Testimony as of Date.

## PROFESSIONAL EXPERIENCE

### DRUG ENFORCEMENT ADMINISTRATION

*Forensic Chemist, North Central Laboratory (Chicago, IL), August 2022-Present*

- Conducts qualitative and quantitative chemical analyses on suspected controlled substance samples submitted for substance identification using modern analytical techniques and instrumentation.
- Authors laboratory reports describing the qualitative and quanitative procedures and tests performed and the conclusions from the completed tests.
- Provides instrument maintenance on Gas Chromatography Mass Spectrometry (GC-MS) systems, Gas Chromatograph Flame-Ionization Detection (GC-FID) systems, and Fourier-Transform Infrared Spectrometer systems.
- Analyzed over 350 exhibits.

*Training*

- DEA Public Speaking Training Course, (Quantico, VA), February 2024
- Midwestern Association of Forensic Scientists Annual Meeting Workshops, (Detroit, MI), August 2023.
  - Removing the Silo Between Drug Chemistry and Toxicology
  - GC Troubleshooting and MS Acquisition Parameter Optimization, Source Cleaning, and Tuning
- North Central Laboratory Forensic Chemistry Training, (Chicago, IL) August 2022-October 2022
  - Capillary Electrophoresis (CE), Nuclear Magnetic Resonance (NMR), Liquid-Chromatography-Mass Spectrometry (LC-MS), Ultra-Violet Visible Spectrophotometry (UV-Vis), Gas Chromatography-Infrared Detection (GC-IRD)
- DEA Basic Forensic Chemist Class #22, (Quantico, VA), March 2022– July 2022
  - Fourier Transfer Infrared Spectroscopy (FTIR), Gas Chromatography-Flame Ionization Detector (GC-FID), Gas Chromatography Mass Spectrometry (GC/MS), Ulta-Performance Liquid Chromatography (UPLC), Microscopy, Capillary Electrophoresis (CE), Liquid Chromatography-Mass Spectrometry (LC-MS), Gas Chromatogaphy Infrared Detector (GC-IRD), Ulta-Violet Visible Spectrophotometry (UV-Vis)
- Fentanyl Profiling Program, (Dulles, VA), January 2021

*Physical Science Technician (Contracted w/ OLH Technical Services, LLC), Special Testing and Research Laboratory, (Dulles, VA,) December 2020 - March 2022*

- Assisted forensic chemists by performing quantitative and qualitative chemical analysis for presence or absence of controlled substances using instrumentation including NMR, GC-FID, and GC/MS.
- Prepared samples for analysis, and made solutions and dilutions for method validation. Interpreted chemical data on GC-FID, GC/MS, CE, and FTIR. Set and adjusted acquisition parame[...] instrumentation.

GOVERNMENT EXHIBIT 55 23-40100

- Assisted with chemical analysis of samples on Headspace GC/MS and UPLC.
- Performed routine monthly and annual performance verifications on GC-FID, GC/MS, CE, FTIR, and balances. Maintained logbook to document compliance with performance verification requirements. Regularly operated and monitored seven instruments, and assisted with the operation and maintenance of twenty-two other instruments, as needed.

**FEDERAL BUREAU OF INVESTIGATION**
*Visiting Scientist (Contracted w/ Oak Ridge Institute of Science and Technology), FBI Academy, Quantico, VA, September 2019 - December 2020*

- Investigated the similarities and differences of the morphology of aluminum powder used in improvised explosive devices.
- Prepared samples for microscopy imaging and Image-Pro analysis.
- Assisted in troubleshooting obstacles encountered during microscopy analysis.

**ST. OLAF COLLEGE**
*Undergraduate Research Assistant, Department of Chemistry, Northfield, MN, September 2017 - May 2019*

- Investigated the similarities and differences in the carbon, hydrogen and oxygen isotopic signatures of fibers and plastic wire insulation. Prepared wire insulation samples, set up instrument controls, and analyzed Isotope Ratio Mass Spectrometry (IRMS) results using statistical analysis.
- Demonstrated problem-solving skills while performing regular maintenance on Costech Elemental Analyzer, Temperature Conversion Elemental Analyzer, and IRMS.
- Wrote comprehensive reports and presented findings at symposiums and conferences.

*Chemistry Stockroom Worker and Closer, Department of Chemistry, Northfield, MN, February 2017 - May 2019*

- Assisted with preparing solutions and glassware bins for chemistry teaching labs.
- Supported chemistry teaching laboratories, ensuring adequate stock of reagents and supplies.
- Delivered chemicals and chemical instruments to the chemistry teaching labs. Inspected the labs at the end of the day to ensure laboratories were following proper safety protocols.

*Lab Teaching Assistant, Department of Chemistry, Northfield, MN, February 2018 - May 2019*

- Directed and guided students by encouraging discussion and teaching them how to problem-solve.
- Taught the basics of general chemistry and analytical chemistry to the students.
- Assisted with pre-laboratory lectures, laboratory setup, cleanup, and lab report grading.

## EDUCATION AND CERTIFICATIONS

St. Olaf College, Northfield, Minnesota
Bachelor of Arts in Chemistry, May 2019

## PRESENTATIONS AND LECTURES

- Presenter, "Forensic Analysis of Wire Insulation by Isotope Ratio Mass Spectrometry"
  - St. Olaf College Honor's Day Symposium (Northfield, MN), 2019
  - PittCon (Philadelphia, PA), 2019
- Presenter, "Forensic Analysis Via Isotope Ratio Mass Spectrometry"
  - Oles DO!: Off-Campus Study, Internships, ACE, and Undergraduate Research Syposium (Northfield, MN), 2018
  - Regents Hall 10th Anniversary Celebration (Northfield, MN), 2018
  - Collaborative Undergraduate Research and Inquiry (CURI) Symposium (Northfield, MN) 2018

**U.S. Department of Justice**
**Drug Enforcement Administration**

North Central Laboratory
Chicago, IL

## Chemical Analysis Report

Sioux Falls Resident Office
5000 South Broadband Lane, Suite 200
Sioux Falls, SD 57108

**Case Number:** IN-23-0013
**LIMS Number:** 2024-SFL5-05031

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 27 | Methamphetamine Hydrochloride | 1325.9 g ± 0.2 g | 98% ± 7% | 1299.3 g ± 86.6 g |

**Remarks:**

The net weight represents the weight of all material, excluding the packaging.

The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

The purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:** 07/19/2024 **Gross Weight:** 1400 g **Date Received by Examiner:** 08/06/2024

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| | 3 | Plastic Bag | Crystalline | 1324.2 g |

**arks:**

### Exhibit Analysis:

**Sampling:**

Methamphetamine identified in 3 unit(s) tested. A composite was formed from 3 units for further testing. Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 27 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy, Marquis Color Test |

| Exhibit | Purity Test(s) |
|---|---|
| 27 | DEA 503/UV-Vis Spectroscopy |

inology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Samantha N. Sierakowski, Forensic Chemist **Date:** 08/09/2024
**Approved By:** /S/ Dorothy C. Horton, Quality Assurance Specialist **Date:** 08/09/2024

DEA Form 113 September 2023

GOVERNMENT EXHIBIT
56
23-40100
PENGAD 800-631-6989

**U.S. Department of Justice**
**Drug Enforcement Administration**

North Central Laboratory
Chicago, IL

**Chemical Analysis Report**

Sioux Falls Resident Office
5000 South Broadband Lane, Suite 200
Sioux Falls, SD 57108

**Case Number:** IN-23-0013
**LIMS Number:** 2024-SFL5-05031

The following summary of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(G) and is a complete statement of my opinions, which are exclusive to and address only the exhibit(s) identified in this summary. I am employed by the U.S. Department of Justice, Drug Enforcement Administration (DEA) and was so employed when I conducted the examinations and analyses of the above referenced LIMS number. My qualifications to conduct the examinations and analyses, and to express an opinion as to the identity of the material contained in the exhibit(s) described above, are based on my knowledge, skill, experience, training, and education. See my Curriculum Vitae (which will be provided prior to the close of expert discovery) for additional information regarding my qualifications, including previous testimony offered in the last four years and any publications authored in the last ten years. The opinions described are based on the listed chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results set forth in the laboratory report and analyst notes. The manner and process by which I performed the analyses were, to the best of my knowledge, in accordance with the publicly available Analysis of Drugs Manual (ADM) and Laboratory Operations Manual (LOM), in effect at the time of analysis. These are generally available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596, or were otherwise disclosed upon request. I analyzed the material contained in the exhibit(s) which were submitted for analysis in the above referenced LIMS number. Refer to this laboratory report associated with the subject LIMS number. The analytical methods used in these analyses are validated and verified according to our quality assurance policy to ensure the methods are reliable and fit-for-purpose and the techniques utilized are widely accepted and employed in the scientific and forensic community. Summaries of instrumental methods are available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596. This report, its attachments, and the referenced documents are not an exhaustive or complete recitation of testimony that I may offer. In addition, I may offer opinions in response to questions posed during trial. Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I, the analyst, approve the foregoing disclosure, and reserve the right to amend as necessary to comply with Rule 16's obligations.

...ninology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for ...al Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Samantha N. Sierakowski, Forensic Chemist — **Date:** 08/09/2024
**Approved By:** /S/ Dorothy C. Horton, Quality Assurance Specialist — **Date:** 08/09/2024

# Lona K. Haas Boyer

South Dakota Public Health Laboratory
615 East 4th St.
Pierre, SD 57501
[redacted]

**Education:**

**Nebraska Wesleyan University** **Lincoln, NE**

Masters in Forensic Science, Emphasis in Biology/Chemistry, August 2006-August 2009

**Mount Marty College** **Yankton, SD**

Bachelor of Arts in Biology/ Minor in Chemistry, August 2003

**Experience:**

**South Dakota Public Health Laboratory-Forensic Section** **Pierre, SD**

March 24, 2014- present

- On the job training under Chemists Roger Mathison, Kathryn Sieverding, and Stacy Ellwanger.
- Urine toxicology testing
- Seized Drug testing
- Blood toxicology testing

**Training:**

**Siemens Healthcare Diagnostics Online Training: V-Twin Immunoassay Drug Testing Systems** **Pierre, SD**

April 24, 2014

GOVERNMENT EXHIBIT
57
23-40100
PENGAD 800-631-6989

**The Robert F. Borkenstein Course on Alcohol and Highway Safety: Testing, Research, and Litigation** **Bloomington, IN**

May 18-May 23, 2014

**University of West Virginia: Introduction to Forensic Drug Chemistry- Virtual Course** **Pierre, SD**

August 1, 2014- September 15, 2014

**Drug Enforcement Administration Forensic Chemist Seminar** **Dulles, VA**

March 11, 2019- March 15, 2019

**Sciex: Cannabis Potency Testing** **Golden, CO**

September 10, 2019-September 12, 2019

**The Robert F. Borkenstein Course on The Effects of Drugs on Human Performance and Behavior- Virtual Course** **Pierre, SD**

August 30,2021- September 3, 2021

**Experience:**

**Expert Witness Testimony**

Brown County (4)- Drug Court & Jury Trial (Urine & Solid Dose)

Union County- Daubert Hearing (SDPHL cutoff levels)

Pennington County (2)- Evidentiary Hearing (Urine Specimen)

Codington County (2)- Jury Trial (Urine Specimen & Solid Dose)

Union County- Jury Trial (Urine Specimen)

Bon Homme (2)- Jury Trial (Urine Specimen)

Davison County- Hearing & Court Trial (2) (Urine Specimen & Solid Dose)

Lawrence County (4) - Custody Hearing, Court Trial (Solid Dose) & Jury Trial (Urine Specimen)

US District Court Sioux Falls-Jury Trial (Urine Specimen)

Minnehaha County (5)-Jury Trial (Urine Specimen & Solid Dose)

Butte County- Hearing (Solid Dose)

Corson County-Jury Trial (Urine Specimen)

US District Court Aberdeen (3)-Jury Trial (Solid Dose)

Codington County-Hearing (Urine Specimen)

Pennington County-Jury Trial (Urine Specimen)

Hanson County-Hearing (Solid Dose)

Hughes County-Grand Jury (Urine Specimen)

Hutchinson County-Jury Trial (Solid Dose)

US District Court Pierre-Jury Trial (9)- (Solid Dose & Urine Specimen)

US District Court Rapid City- Jury Trial (Urine)

Lincoln County-Jury Trial (2) (Solid Dose)

Roberts County-Jury Trial (2) (Solid Dose, Blood & Urine Specimen)

Flandreau Santee Sioux Tribal Court (Solid Dose)

Yankton County-Jury Trial & Court Trial (4) (Solid Dose)

Brookings County- Jury Trial (Solid Dose)

SOUTH DAKOTA DEPARTMENT OF HEALTH

# South Dakota Public Health Laboratory

615 East 4th Street
Pierre, SD 57501
[redacted]

**Federal Bureau of Investigations**
**ATTN: Adam Buiter**
**P.O. Box 1233**
**Pierre, SD 57501**

**Report Date:** 10/24/2023
**Specimen #:** 2023FD00975
**Agency Case #:** 245C-MP-3730632
**County:** Brule
**Received Date:** 08/28/2023
**Delivery Method:** Hand Delivered by Adam Buiter

**Subject(s):** Christopher A Spider

---

**SDPHL Specimen-Item #:** 2023FD00975-01
**Submitter Exhibit #:** 1B28
**Submitter Description:** multiple syringes, snort tubes

**Drug Analysis**

Results **Method: GC/MS and Retention Time Match**
*Pen tube with Methamphetamine (Residue Amount)
*Tested 1 of 3

Testing Fee $60

Chemist Lona Haas Boyer

---

**SDPHL Specimen-Item #:** 2023FD00975-02
**Submitter Exhibit #:** 1B24
**Submitter Description:** Six bags with crystal substance

**Drug Analysis**

Results **Method: GC/MS and Retention Time Match**
*Plastic zip top bag with 3.66 g powder containing Methamphetamine
*Tested 1 of 6

Testing Fee $60

Chemist Lona Haas Boyer

---

**SDPHL Specimen-Item #:** 2023FD00975-03
**Submitter Exhibit #:** 1B26
**Submitter Description:** Three scales with residue

**Drug Analysis**

Results **Method: GC/MS and Retention Time Match**
*Scale with Methamphetamine (Residue Amount)
*Tested 1 of 3

Testing Fee $60

Chemist Lona Haas Boyer



GOVERNMENT EXHIBIT 58
23-40100
PENGAD 800-631-6989

**Subject(s):** Christopher A Spider

**Report Date:** 10/24/2023
**Specimen #:** 2023FD00975
**Agency Case #:** 245C-MP-3730632

---

**DPHL Specimen-Item #:** 2023FD00975-04
**Submitter Exhibit #:** 1B27
**Submitter Description:** multiple syringes

**Drug Analysis**

| | |
|---|---|
| Results | **Method: GC/MS and Retention Time Match**<br>*Syringe with Methamphetamine (Residue Amount)<br>*Tested 1 of 3 |
| Testing Fee | $60 |
| Chemist | Lona Haas Boyer |

---

**Case Note:** **The testing fee for each exhibit is listed with the exhibit's result(s). Please total fees and request the defendant's restitution be made to the South Dakota Drug Control Fund, 1302 East Highway 14, Suite 5, Pierre, SD 57501.**

---

GOVERNMENT EXHIBIT 59 23-40100

(1)

Dear Neice,

How you doing? my lawyer said since you guys are sentenced we can communicate. Im still waiting for them to dismiss on me. my lawyer said there trying to build a whole dif case on me when they cant when im already on this case its like double jeopardy they put some Jesus-Salome Roche and Terry Rider on this case from SF which idk and my lawyer said there lawyer's said they don't know me either. Do yk this House guy ppl are talking about on this case is Jason Brandis AKA House from SF damn huh yk I told my lawyer I never seen my neice or her mom or Jessica in years I said so how could I be involved in this case" I told them I got out of prison in June 2021 and the stuf that your mom + tray [illegible] Good [illegible] about are all when I was locked smh the old guy wagner I met in SF jail he was in my dorm w/me for 3months He said he never met, heard, talked or nothing about me he told my lawyer that and his lawyer he told them that the stuf he got pulled over w/ was his and that he never delivered anything to anyone and that was all his personal. This Johnson guy I never met either the 3x he mentioned "house" and stuf that was suse to go to him never made it, it got stolen and dude got in a car wreck 3rd dude got pulled over smh now he dont want to help now he told them he aint testifying on me cause if he does that the cartel + angels + everyone it will be on paper + computer where ppl will see it and so he aint doing it. They talked to unc wes to he admitted to mtg this Johnson guy + selling him a trailor for 1/4 and he used it all up they asked if house ever met this white guy first he said I think a cpl x but idk if drugs or nothing was involved he told me I wasnt

(2)

talking about you I was talking about Jason Brandis then he said 2 guys w/ Iowa plates sent out to the house & threatened his older boys and said he better not help or testify on the Johnson case I told him to let the feds know so he did and my lawyer also that he told it wasnt me but the other house then he said that house mightve only crossed paths w/ Johnson 1x without knowing unc wes msg'd my lawyer and told him im innocent I wasnt the one he was talking about. They pushed my trial to march and my lawyer pose to put in for that motion. Iq they pose to dismiss the case on Jess cause of her health condition. Oh n that Johnson guy said he took a bag of stuf in Jess place & gave it to her and then he said oh yeah house was present but no interaction w/ him I told my lawyer I never went to Jess place smh. Oh do yk Tate Curry he said whats up & hopefully if this Salomo takes his to trial and you testify on him make sure he goes to prison Lol! cause that guy sang @ the pow-wow befor on Tate LOL! when you get a chance look up the Kevin Spacey case even when ppl make statements they can plead the 5th so they wont have to testify. Thank you for not bringing me into this IK on the clear-out you said that you introduced this house guy and unc wes to this Johnson guy & that was it. but ik it wasnt me that you was talking about. They got evidence that it wasnt me now I mean among other but when this trap guy said he took stuf to the rez to your mom he or said J and to unc wes then he says to house one time but trap goes on to talk bout this other guy Jason Brandis who was his partner and how they did biz down there & Brule and says he was doing that for Oleg & the russians I told my lawyer

(3)

look at the timeline I was locked up when all that was going on. yeah they're trying to find a connection still w/me to this case but I keep telling my lawyer how innocent I am this sux fr to be innocent and locked up all this time this has destroyed me & keri relationship were not together anymore she's struggling GOD gave me a 2nd chance @ raising kids from child to young adult w/ Kothy, Aleeyah, & LiL terry but this case and me & keri breaking up has snatched that away from me im heartbroken literally I am glad GOD has gotten me thru this and support from my mom who's health is deteriating fast I lost 5 family members while locked up this time I pray for compassion to be put in the prosecutor's heart & judge's to dismiss this case to see that im innocent. I pray every morning & night for you niece and for everyone 7 of us got baptized in here they finally let it happen. Love you hang in there

Love Always

your unc

| Date | Inmate Text # | Inmate Name | Direction | Status | Outside Party # | Outside Party Name | Message |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 12-06-2024 12:43:34 | [redacted] | [redacted] PIDER | Outbound | Sent | +[redacted]05- 6[redacted] | Bro | Inmate CHRISTOPHER SPIDER at Brookings County Jail contacted you from +1 605-836-1240. You can also call them back at that number. Reply STOP to block messages |
| 12-06-2024 12:43:34 | [redacted] | HRISTOPHER PIDER | Outbound | Sent | [redacted] | Bro | bro u can call me now on the texters its crazy |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 10-31-2024 23:09:01 | [redacted] | HRISTOPHER PIDER | Outbound | Sent | +1[redacted] | Bro | Visit http://inmate.chat/16058361240 to fund CHRISTOPHER's account. To BLOCK ALL MESSAGES from this number reply STOP |
| 10-31-2024 23:09:01 | [redacted] | HRISTOPHER PIDER | Outbound | Sent | +1[redacted] | Bro | CHRISTOPHER SPIDER would like to text you from Brookings County Jail. This service is provided by RELIANCE TELEPHONE |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 10-03-2024 19:09:58 | [redacted] | HRISTOPHER PIDER | Outbound | Sent | [redacted] | Bro | Bro my lawyer said to not call u caus ur a govt witnss n u made a new statmnt i tol him we been talkn n he said he aint talkn bout me but that othr house |
| 10-01-2024 00:01:52 | [redacted] | HRISTOPHER PIDER | Outbound | Sent | [redacted] | Bro | Bro u aite did u get that text bout they brought niec bk to help chun she said zee she aint doin that to her unc n he not even involved in the case |
| 09-29-2024 14:15:53 | [redacted] | HRISTOPHER PIDER | Outbound | Sent | [redacted] | Bro | Visit http://inmate.chat/16058361240 to fund CHRISTOPHER's account. To BLOCK ALL MESSAGES from this number reply STOP |
| 09-29-2024 14:15:53 | [redacted] | HRISTOPHER PIDER | Outbound | Sent | [redacted] | Bro | CHRISTOPHER SPIDER would like to text you from Brookings County Jail. This service is provided by RELIANCE TELEPHONE |
| 09-26-2024 12:47:53 | [redacted] | HRISTOPHER PIDER | Outbound | Sent | [redacted] | Bro | Spacey the actor a witness did that so they dismissed the case on kevin spacey or they can just say fxck u guys i aint testifyn |
| 09-26-2024 12:46:54 | [redacted] | HRISTOPHER PIDER | Outbound | Sent | [redacted] | Bro | All everyone has to do is tell thr lawyr they plead the 5th that means even tho they made a statement they aint going to testify n to check the case on kevin |
| 09-26-2024 12:42:28 | [redacted] | HRISTOPHER PIDER | Outbound | Failed | [redacted] | Bro | Bro i got word that they tried to have the niece cum to my trial but she tol them no caus she aint doin that to her unc and they moved her back to whervr |
| 09-25-2024 23:39:01 | [redacted] | HRISTOPHER PIDER | Outbound | Sent | [redacted] | Bro | Visit http://inmate.chat/16058361240 to fund CHRISTOPHER's account. To BLOCK ALL MESSAGES from this number reply STOP |
| 09-25-2024 23:39:01 | [redacted] | HRISTOPHER PIDER | Outbound | Sent | [redacted] | Bro | CHRISTOPHER SPIDER would like to text you from Brookings County Jail. This service is provided by RELIANCE TELEPHONE |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 09-22-2024 00:28:54 | [redacted] | HRISTOPHER PIDER | Outbound | Sent | [redacted] | Bro | Visit http://inmate.chat/16058361240 to fund CHRISTOPHER's account. To BLOCK ALL MESSAGES from this number reply STOP |
| 09-22-2024 00:28:54 | [redacted] | HRISTOPHER PIDER | Outbound | Sent | [redacted] | Bro | CHRISTOPHER SPIDER would like to text you from Brookings County Jail. This service is provided by RELIANCE TELEPHONE |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 09-20-2024 20:14:15 | [redacted] | HRISTOPHER PIDER | Outbound | Sent | [redacted] | Bro | Whats good my brother u there u aite |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

GOVERNMENT EXHIBIT 61
23-40100
PENGAD 800-631-6989

| Date | Inmate Text # | Inmate Name | Direction | Status | Outside Party # | Outside Party Name | Message |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 12-06-2024 12:43:34 | [redacted] | CHRISTOPHER SPIDER | Outbound | Sent | [redacted] | Bro | Inmate CHRISTOPHER SPIDER at Brookings County Jail contacted you from 1 605-836-1240. You can also call them back at that number. Reply STOP to block messages |
| 12-06-2024 12:43:34 | [redacted] | CHRISTOPHER SPIDER | Outbound | Sent | [redacted] | Bro | bro u can call me now on the texters its crazy |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 10-31-2024 23:09:01 | [redacted] | CHRISTOPHER SPIDER | Outbound | Sent | [redacted] | Bro | Visit http://inmate.chat/16058361240 to fund CHRISTOPHER's account. To BLOCK ALL MESSAGES from this number reply STOP |
| 10-31-2024 23:09:01 | [redacted] | CHRISTOPHER SPIDER | Outbound | Sent | [redacted] | Bro | CHRISTOPHER SPIDER would like to text you from Brookings County Jail. This service is provided by RELIANCE TELEPHONE |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 10-03-2024 19:09:58 | [redacted] | CHRISTOPHER SPIDER | Outbound | Sent | [redacted] | Bro | Bro my lawyer said to not call u caus ur a govt witnss n u made a new statmnt i tol him we been talkn n he said he aint talkn bout me but that othr house |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 09-29-2024 14:15:53 | [redacted] | CHRISTOPHER SPIDER | Outbound | Sent | [redacted] | Bro | Visit http://inmate.chat/16058361240 to fund CHRISTOPHER's account. To BLOCK ALL MESSAGES from this number reply STOP |
| 09-29-2024 14:15:53 | [redacted] | CHRISTOPHER SPIDER | Outbound | Sent | [redacted] | Bro | CHRISTOPHER SPIDER would like to text you from Brookings County Jail. This service is provided by RELIANCE TELEPHONE |
| 09-26-2024 12:47:53 | [redacted] | CHRISTOPHER SPIDER | Outbound | Sent | [redacted] | Bro | Spacey the actor a witness did that so they dismissed the case on kevin spacey or they can just say fxck u guys i aint testifyn |
| 09-26-2024 12:46:54 | [redacted] | CHRISTOPHER SPIDER | Outbound | Sent | [redacted] | Bro | All everyone has to do is tell thr lawyr they plead the 5th that means even tho they made a statement they aint going to testify n to check the case on kevin |
| 09-26-2024 12:42:28 | [redacted] | CHRISTOPHER SPIDER | Outbound | Failed | [redacted] | Bro | Bro i got word that they tried to have the niece cum to my trial but she tol them no caus she aint doin that to her unc and they moved her back to whervr |
| 09-25-2024 23:39:01 | [redacted] | CHRISTOPHER SPIDER | Outbound | Sent | [redacted] | Bro | Visit http://inmate.chat/16058361240 to fund CHRISTOPHER's account. To BLOCK ALL MESSAGES from this number reply STOP |
| 09-25-2024 23:39:01 | [redacted] | CHRISTOPHER SPIDER | Outbound | Sent | [redacted] | Bro | CHRISTOPHER SPIDER would like to text you from Brookings County Jail. This service is provided by RELIANCE TELEPHONE |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 09-22-2024 00:28:54 | [redacted] | CHRISTOPHER SPIDER | Outbound | Sent | [redacted] | Bro | Visit http://inmate.chat/16058361240 to fund CHRISTOPHER's account. To BLOCK ALL MESSAGES from this number reply STOP |
| 09-22-2024 00:28:54 | [redacted] | CHRISTOPHER SPIDER | Outbound | Sent | [redacted] | Bro | CHRISTOPHER SPIDER would like to text you from Brookings County Jail. This service is provided by RELIANCE TELEPHONE |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 09-20-2024 20:14:15 | [redacted] | CHRISTOPHER SPIDER | Outbound | Sent | [redacted] | Bro | Whats good my brother u there u aite |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 09-17-2024 | [redacted] | CHRISTOPHER | | | [redacted] | | |

han Johnson, et al. 00240

| | | | | | | |
|---|---|---|---|---|---|---|
| 16:58:06 | 1240 | SPIDER | Outbound Sent | 682-8086 | | ... bro i been ... questions |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | CHRISTOPHER SPIDER | Outbound | Sent [redacted] | [redacted] | Bout me he was talking bout Jason Brandis n i never met no johnson guy smh |
| [redacted] | [redacted] | CHRISTOPHER SPIDER | Outbound | Sent [redacted] | [redacted] | Bro my lawyer said i dont trust weston cause he talked n didnt have to i tol him i trust my brother and he told u he wont testify against me n he wasnt talkin |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 09-06-2024 12:04:49 | [redacted] | CHRISTOPHER SPIDER | Outbound | Sent [redacted] | [redacted] | Thanks brothr rmbr jason brandis is the house n idk no johnson guy |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 09-04-2024 21:58:10 | [redacted] | CHRISTOPHER SPIDER | Outbound | Sen [redacted] | [redacted] | N hav u turn on ppl thats wat they good at i hope u text my lawyer already n he said to call him tmrw alright brothr love u |
| 09-04-2024 21:55:13 | [redacted] | CHRISTOPHER SPIDER | Outbound | Sen [redacted] | [redacted] | You always my brother dont worry i havnt said nutn bro bout that thats my word on evrythn i luv we been thru it all in this lifetime dont let thm get in ur head |
| 09-04-2024 16:37:16 | (605) 836- [redacted] | CHRISTOPHER SPIDER | Outbound | Sen [redacted] | [redacted] | Yk that i nvr met johnson or if i did i didnt know it n the house they talkn bout is Jason Brandis |
| 09-04-2024 16:36:15 | [redacted] | CHRISTOPHER SPIDER | Inbound | Sen [redacted] | [redacted] | I wouldnt testify against u |
| 09-04-2024 16:35:28 | [redacted] | CHRISTOPHER SPIDER | Outbound | Sen [redacted] | [redacted] | Bro my lawyer thinks that u wud testify for thm agnst me yk i stayed sober til aftr i got off probtn in june of 23 thn i fell off for a month |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 08-29-2024 18:02:58 | [redacted] 6- | CHRISTOPHER SPIDER | Outbound | Sent | [redacted] | 6 | Bro | Bro did sunny get sentcd yet n wher she at n saph that ol guy got sentcd donald wagner like 20yrs or sumn my lawyer said but now my lawyr can talk to them |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16:58:06 | 1240 | SPIDER | Outbound | Sent | 682-8086 | Bro | Dam[illegible]n calling u havnt answerd my questions |
| [redacted] | | | | | | | |
| 09-11-2024 15:24:38 | [redacted] | CHRISTOPHER SPIDER | Outbound | Sent | [redacted] | Bro | Bout me he was talking bout Jason Brandis n i never met no johnson guy smh |
| 09-11-2024 15:24:00 | [redacted] | CHRISTOPHER SPIDER | Outbound | Sent | [redacted] | Bro | Bro my lawyer said i dont trust weston cause he talked n didnt have to i tol him i trust my brother and he told u he wont testify against me n he wasnt talkin |
| 09-10-2024 17:00:31 | [redacted] | CHRISTOPHER SPIDER | Outbound | Sent | [redacted] | Bro | Bro my mom faxed me a copy of my title hell yeah n im waiting to see if marv went n seen my mom to get a copy of it im pressin grand theft n forgery |
| [redacted] | | | | | | | |
| 09-06-2024 12:04:49 | [redacted] | CHRISTOPHER SPIDER | Outbound | Sent | [redacted] | Bro | Thanks brothr rmbr jason brandis is the house n idk no johnson guy |
| [redacted] | | | | | | | |
| 09-04-2024 21:58:10 | [redacted] | CHRISTOPHER SPIDER | Outbound | Sent | [redacted] | Bro | N hav u turn on ppl thats wat they good at i hope u text my lawyer already n he said to call him tmrw alright brothr love u |
| 09-04-2024 21:55:13 | [redacted] | CHRISTOPHER SPIDER | Outbound | Sent | [redacted] | Bro | You always my brother dont worry i havnt said nutn bro bout that thats my word on evrythn i luv we been thru it all in this lifetime dont let thm get in ur head |
| 09-04-2024 16:37:16 | [redacted] | CHRISTOPHER SPIDER | Outbound | Sent | [redacted] | Bro | Yk that i nvr met johnson or if i did i didnt know it n the house they talkn bout is Jason Brandis |
| [redacted] | | | | | | | |
| 09-04-2024 16:35:28 | [redacted] | CHRISTOPHER SPIDER | Outbound | Sent | [redacted] | Bro | Bro my lawyer thinks that u wud testify for thm agnst me [redacted] |
| [redacted] | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | |
| 08-29-2024 18:02:58 | [redacted] | CHRISTOPHER SPIDER | Outbound | Sent | [redacted] | Bro | Bro did sunny get sentcd yet n wher she at n saph that ol guy got sentcd donald wagner like 20yrs or sumn my lawyer said but now my lawyr can talk to them |
| [redacted] | | | | | | | |


Case 4:23-cr-40100-KES Document 308 Filed 03/31/25 Page 45 of 47 PageID #: 1231
ULTRA
ULTRA
ULTRA
ENTRANCE
Remedy BREWING CO
QUEEN BEE
GOVERNMENT EXHIBIT
63A
23-40100
PENGAD 800-631-6989


Case 4:23-cr-40100-KES Document 308 Filed 03/31/25 Page 46 of 47 PageID #:
1232
EXIT
ULTRA
ULTRA
ULTRA
ENTRANCE
Remedy
BREWING CO
QUEEN
BEE
GOVERNMENT
EXHIBIT
63B
23-40100


Case 4:23-cr-40100-KES Document 308 Filed 03/31/25 Page 47 of 47 PageID #: 1233
ULTRA
ULTRA
ULTRA
ENTRANCE
Remedy
BREWING CO
QUEEN BEE
GOVERNMENT EXHIBIT
430
23-40100