UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| | * | |
| UNITED STATES OF AMERICA, | * | DOCKET NO. |
| | * | 23-CR-40100-2,7 |
| Plaintiff, | * | |
| | * | |
| vs. | * | Sioux Falls, South Dakota |
| | * | Courtroom 1 |
| CHRISTOPHER SPIDER a/k/a | * | |
| "House" and LANCE BRUNSTING, | * | |
| | * | March 24, 2025 |
| Defendant. | * | 1:00 p.m. |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

TRANSCRIPT OF MOTION HEARING

BEFORE THE HONORABLE KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Tricia L. Bernstein, RPR, CRR
U.S. District Court Reporter
400 S. Phillips Ave. Sioux Falls, SD 57104
(605)330-6613

APPEARANCES:

For The Plaintiff
United States: U.S. Attorney's Office
BY: PAIGE PETERSEN
325 South 1st Avenue, Suite 300
Sioux Falls, SD 57104

For The Defendant
Christopher Spider
a/k/a House: MICHAEL W. HANSON
Attorney at Law
505 W. 9th St. #100
Sioux Falls, SD 57104

For The Defendant
Lance Brunsting: D. SONNY WALTER
Attorney at Law
335 N. Main Ave., Suite 230
Sioux Falls, SD 57104

*(In open court, venire not present, defendants and counsel present, at 1 o'clock p.m.:)*

**THE COURT:** The record should reflect that we're having a hearing outside the presence of the jury with all of the counsel and both of the defendants personally present.

I was notified that the defense had an issue that you wanted to raise before the trial starts?

**MR. HANSON:** Yes, Your Honor. There are two issues: First, I brought over a dress shirt and dress pants for my client. I'd ask that he be allowed to change into them before the trial.

**THE COURT:** That will be granted.

**MR. HANSON:** The second issue, Your Honor, is this morning we got an autopsy report on Bruce Bakken. Shows that he died of a methamphetamine/fentanyl -- well, methamphetamine overdose, but he also had fentanyl in his system. In this case, it's our contention that two of the witnesses, Michele Johnson and Sapphire Big Eagle, were present at Nathan Johnson's house, that Nathan Johnson provided methamphetamine and other drugs to all three. We have heard -- my client has heard that Michele Johnson or Ms. Big Eagle injected Mr. Bakken with a "hotshot," meaning methamphetamine in a hypodermic needle, and he died shortly thereafter. In all of the police reports, it indicated that he died of a heart attack. We got the autopsy report this morning, which shows

that he died of acute toxicity from methamphetamine, that he had over 8500 milligrams of methamphetamine in him. And Mr. Walter did some research this morning after we got that that says 8500 milligrams of methamphetamine likely incompatible with life, even in habitual users.

Now, there's been absolutely nothing about "drug overdose" in the discovery in this case. And in this case, if there's some agreement floating around out there that Michele Johnson, Nathan Johnson, or Sapphire Big Eagle are not going to be charged or no additional charges will be brought, that's a big deal, Your Honor. This Court has sentenced clients of mine to life imprisonment for distribution where a death is caused. And we just got the autopsy report at the present -- evidently the government or the law enforcement agencies have had it. We're now stuck with how to get it into evidence.

Number 2, if the government won't stipulate that he died of acute toxicity from a methamphetamine -- you know, we would need to hire an expert to look at this autopsy report and make a decision. This weekend we got the grand jury testimony, and for the first time I've seen some corroboration -- and I may have missed it. In there, there was indication that Sapphire Big Eagle wrecked one of Mr. Johnson's cars and he was mad at her for it. We believe that that accident happened the night that this occurred, that for two hours they cleaned up the scene and then Miss Sapphire

took off in Mr. Johnson's car to get out of there. I mean, all of that goes to their credibility where they're saying they're telling the truth. And in these cases here, I've seen nothing of any clear-out or any statement concerning that. And that goes, really, to their credibility as to what they're expecting to get. And even if the Court would say, well, charging decisions are in the hands of the government, this is something that if it's going show up in a PSI, these people are going to get a score that's going to put them into very, very long, if not, possibly, life imprisonment because of possible enhancements. I've been in court all morning on 18 -- 15 to 18 hearings this morning by Zoom in Luverne. We just got the autopsy report. Those are my concerns.

Mr. Walter has done a little more research on this issue, and I guess I would direct it to his attention.

**THE COURT:** Mr. Walter.

**MR. WALTER:** Thank you, Your Honor.

Quite frankly, Your Honor, after preparing for this case over the weekend, Mr. Bakken's death was mentioned in the reports. Mr. Bakken was 45 years old. The witnesses testified, well, he died of a heart attack. As Mr. Hanson stated, I have heard, based on my investigation, of an allegation of a hotshot also. I believe, based on my research on the quantity of 8500 nanograms per milliliter, that's not the amount of methamphetamine somebody could ingest by

smoking. The only way somebody could get that high of a dose in their system would be through injection, and, based on my research, they'd be dead almost instantaneously after ingesting or being injected with that methamphetamine.

After doing my research and preparing for trial this weekend, I emailed the AUSA this morning and asked for the autopsy report that is mentioned in police reports. And the Court has to remember that Mr. Bakken died almost a year and a half ago, and the police reports indicate that an autopsy was pending at the time, and I never received it. So I asked the government this morning if they were going to provide us with the autopsy report. I thought, as Mr. Hanson stated, it was very relevant -- because I've also represented people, in the course of my representation of people in federal court, that were charged with distributing drugs that caused a death, and so I thought that was highly relevant and sent an email today to the AUSA this morning, and she indicated she doesn't see how it's relevant.

So Mr. Hanson and I both said, well, it's relevant to credibility. Right now we're being led to believe that Mr. Bakken, who was 45 years old, died of a heart attack when we -- at least our research and our investigation reveals somebody gave him an injection of methamphetamine. These autopsy reports show that. And getting them this morning, you know, I believe the government -- and the Court ordered the

government to follow *Brady*. And the autopsy report is probably the most relevant evidence in this file. And we'd have never got it but for my insistence this morning that we want that and here is why it's relevant. And then we're told, "Well, I reached out to the agent, and he pulled it in or sent it to me."

I shouldn't have had to do that. We should have been able to prepare to potentially get an expert to tell the jury what 8500 nanograms per milliliter really means and that would -- if that could only -- that level could only be achieved by an injection. If the witness is testifying today that that didn't happen, we have nothing to counter that with because we have not had enough time to potentially consult with an expert or call an expert to testify. So we're -- I don't know what the Court is going to do relative to that.

**THE COURT:** What are you asking the Court to do? Neither one of you have asked me to do anything at this point. What are you seeking?

**MR. WALTER:** I think -- and I hate to say this when you have 44 jurors sitting in the other room. I think that we need a continuance to be able to have time to consult with an expert relative to what 8500 nanograms per milliliter means.

**THE COURT:** Mr. Hanson, what are you seeking?

**MR. HANSON:** I would agree.

**THE COURT:** Ms. Petersen?

**MS. PETERSEN:** Your Honor, the United States would absolutely oppose any sort of continuance in this case. I'd start, blanketed by echoing our motion in limine that we filed with the Court, regarding the relevancy of any of this evidence being submitted, it is not relevant under Federal Rules of Evidence 401 nor 402. And even if were to be found to have any sort of relevance, would not -- its probative value would be substantially outweighed -- excuse me -- the prejudicial effect would be substantially outweighed by any sort of probative value that it could bring under Federal Rule of Evidence 403.

I think it's worth noting for the record some discrepancies that are being made about the facts of this case. One, there is zero evidence that Sapphire Big Eagle was ever present when this overdose -- or alleged overdose took place, essentially, the death of Bruce Bakken that was reported. That took place on March 27th of 2023, so almost two years ago. There is zero evidence from law enforcement investigations. As far as I'm aware, that was investigated by local police in Denver as well as cooperation with the Denver DEA. Zero evidence of any sort of wrongful death here. In fact, our attachment with the autopsy report states that it was an accident. There is no evidence of foul play by anybody else, especially with regards to some sort of injection forced into Mr. Bakken at any point by any one of the cooperators

that are mentioned, but certainly by anybody else outside of this case.

**THE COURT:** Was there any evidence of an injection that was voluntary?

**MS. PETERSEN:** I will note, Your Honor, that in one of the police reports it states that there were track marks on the individual's arms. However, I do not see that indication anywhere in the autopsy report, as far as an external examination of the body, that they were located. But I don't want to misspeak. I just was looking at it this morning and didn't see any. However, I just will note again that the doctor who performed the examination indicated that it was an accident.

Overall, Your Honor, I do not believe that any of this evidence is relevant to be admissible within this trial. I think it's a confusion of the issues for the jurors here. One, it took place in a completely different state, let alone a different circuit. There was certainly no conversations with counsel for any of those three defendants, nor would those defendants on their own, about getting out of any sort of charges regarding an overdose in this case. It was not even a consideration by the AUSA, I will submit to this Court, to be pursuing charges on that, based on my conversations with law enforcement and the lack of evidence to pursue any sort of charges with regard to an overdose.

For those reasons, Your Honor, I do not believe it to be admissible under any prongs of 401, 402, or 403, and certainly there was no misconduct by this AUSA or any other AUSAs in promising to not pursue charges with regards to an overdose of Mr. Bruce Bakken with any individual's cooperation.

Thank you.

**THE COURT:** So was there evidence that Sapphire Big Eagle was in Colorado around the time of March 27th of 2023?

**MS. PETERSEN:** No, Your Honor.

**THE COURT:** And what about Michele Johnson?

**MS. PETERSEN:** Michele Johnson was present in the home on the date. She's actually the one who called law enforcement. Nathan -- it was Nathan Johnson's home in Denver, Colorado. He was not present when the call took place or when Mr. Bakken was found.

And since it was mentioned by Mr. Hanson about this whole Sapphire Big Eagle wrecking Nathan Johnson's car -- accurate, but happened months before Bruce Bakken's death.

**THE COURT:** Mr. Hanson, did you want to add anything?

**MR. HANSON:** Well, Mr. Walters pointed out that in a police report, Nathan Johnson said Bakken died while having sex with Michele Johnson at Nathan Johnson's apartment, of possible heart complications. I don't see any place where law enforcement has ever followed up or asked Michele Johnson what

happened or asked Sapphire Big Eagle as to what happened.

**THE COURT:** So what evidence do you have that Sapphire Big Eagle was present?

**MR. HANSON:** My client says that Sapphire Big Eagle gave him a message while he was in the Brookings County jail, that she was present.

**THE COURT:** That's all you have, is your client's word? Is he going testify to that?

*(Pause.)*

**MR. HANSON:** I mean...

**THE COURT:** What evidence can you put on at trial?

**MR. HANSON:** I would need -- all we've got is that she wrecked his car. A date where there's a police report or something that wrecked the car, or was it the same date that this happened? Then it would corroborate what my client heard. Other than that, I don't have anything more.

**MR. WALTER:** Judge, what we --

**THE COURT:** Just a minute.

**MR. WALTER:** Okay.

**THE COURT:** You've known of the date when this happened. Have you got any evidence that she wrecked the car on that same date or the day after?

**MR. HANSON:** All we have is that she wrecked the car, and my client says he believes it was the same date.

**THE COURT:** So my question is: Why haven't you

looked into that earlier?

**MR. HANSON:** We didn't see it until just a while back. I never put the "wrecked the car" to the "overdose" together.

**THE COURT:** Mr. Walters.

**MR. WALTER:** I was just going to say, Your Honor, that both Nathan Johnson and Michele -- Michele Johnson stated that they were present when Mr. Bakken died at Nathan Johnson's residence. Mich- -- she talks about a heart attack also, does imply that if he died of an overdose from fentanyl pills, it would have been because she was distributed those pills by Nathan Johnson, who was always sending -- selling fentanyl pills. And, of course, Bakken went to Colorado to get methamphetamine. And by Michele and Nathan Johnson's own testimony, they did clean out the house of methamphetamine before the drugs arrived. So it appears that there was a distribution, and it's clear that Mr. Bakken died of an overdose of an amount that could only, in my opinion, have occurred due to him being injected.

And so the fact that we get the autopsy report this morning and we'd have never got it but for my asking for it, it potentially preempts us from asking an expert what that means. And I think it's highly relative in -- because of those facts, it's highly relevant to the credibility of Michele Johnson and Nathan Johnson.

**THE COURT:** So I left my witness list in the other courtroom. I know that Sapphire Big Eagle was listed as one of the witnesses. Are Michele Johnson and Nathan Johnson both witnesses?

**MS. PETERSEN:** Yes, Your Honor.

**THE COURT:** Well, in light of the fact that Michele Johnson was present and is the one that called law enforcement, it seems to me that if she testifies, that any -- anything that would go to her credibility, including any promises that were made, any potential charges that could have been brought against her that were not brought against her, anything that would reduce her sentence or reduce her culpability is something that is probative evidence for the defense to bring forward so that the jury can determine her credibility. And if the autopsy indicates that -- even if it was accidental, if there was an expert that could say that 8500 nanograms of the drug would be a fatal amount, I think that that's something that is probative evidence for the jury to consider.

So unfortunately, I don't like to grant a continuance this late in the game, but I think that, in light of the evidence that has just come forward, the defense should have an opportunity to develop more evidence and consult with an expert because it's probative, relevant evidence.

Is there something other than -- Mr. Hanson has

mentioned that -- an agreement, possibly. Is there something like an agreement that could resolve this matter?

**MS. PETERSEN:** Your Honor, may I have two minutes?

**THE COURT:** Sure.

*(Pause.)*

**MS. PETERSEN:** If it's permissible for opposing counsel and for the Court, Your Honor, I would be willing to stipulate to admittance of the autopsy report and allow for opposing counsel to cross-examine Michele Johnson about the event that took place on that date in March. I'm also agreeable to -- I know, in my experience with dealing with methamphetamine overdoses and speaking to other AUSAs, that that 8,500 is a very large amount to have in the system, and I'm willing to stipulate to that coming in as well.

**THE COURT:** To stipulate that the 8500 nanograms is a deadly amount?

**MS. PETERSEN:** Yes, Your Honor.

If that's not permissible to the Court or opposing counsel, I do believe it is pertinent to proceed forward with trial as it is currently set, and I would be removing Michele Johnson, then, from my witness list.

**THE COURT:** Mr. Hanson.

**MR. HANSON:** Is the government willing to stipulate that a level of 8500 cannot be obtained by smoking, that it's going to have to be by injection?

**MS. PETERSEN:** I don't even know if that's true. I don't even know that we -- I could stipulate to something I'm not even sure is actually true.

**THE COURT:** So, Mr. Hanson, I'm not sure that that matters. Why would it matter whether it's by injection or by smoking?

**MR. HANSON:** If it's by injection, it would give credence to a claim that Michele Johnson gave her [sic] a hotshot.

**THE COURT:** I guess I don't understand why that matters.

**MR. HANSON:** I'm thinking. I just got this...

**MR. WALTER:** Do you want me to...?

**MR. HANSON:** Yeah.

**MR. WALTER:** It would matter, Your Honor, because Mr. Bakken could not have injected himself and finished injecting himself with a hotshot with that much methamphetamine. The 8500 -- and I'll just tell you what I've found. A hundred to 200 milligrams is -- I suppose I'll call that a therapeutic dose of methamphetamine, if there's such a thing. 500 nanograms per milligram is considered potentially lethal, depending on tolerance. A thousand to 2,000 nanograms per milliliter is typically seen in fatal cases for non-tolerant people, but 8500 is an acute high-dose methamphetamine, likely incompatible with life, even for

habitual or chronic users.

And, again, I think it makes a big difference relative to the credibility of the witnesses. They're saying he died of a heart attack when, in fact, they're distributing drugs to him, they're also injecting him with methamphetamine; and I believe he would have died instantly.

And, you know, one of the main things we have for our defense is the credibility of all the co-conspirators that are making deals to testify against our clients, and I think it's more relevant that this was done by injection as opposed to smoking. And, you know, again, I believe an expert would say you couldn't get to the level of 8500 nanograms by smoking. And the smoking would indicate that he did it himself and he used it himself, whereas the injection would show that somebody else had to have injected it into him.

**THE COURT:** So, Mr. Hanson, if the government agrees to admit the autopsy report, agrees that you can cross-examine Michele Johnson with regard to this, and stipulates that the 8500 nanograms is a deadly amount and cannot be reached by smoking but needs to be injected, would you then withdraw your request for a continuance?

**MR. HANSON:** Yes.

**THE COURT:** Mr. Walter?

**MR. WALTER:** Yes.

**THE COURT:** Ms. Petersen?

**MS. PETERSEN:** That's fine with the government, Your Honor.

**THE COURT:** All right. Then it sounds like, based on that stipulation, then, agreed evidence, the request for a continuance has been withdrawn.

Anything else?

There was one other motion in limine that was filed. Ms. Petersen, do you have any objection to that, dealing with not referencing the prison time -- that they met in a prison?

**MS. PETERSEN:** Oh, I did respond to Sonny Walters, Your Honor, separately, and did advise that I had no intention and that I, in fact, informed Nathan Johnson to not say that at all.

**MR. WALTER:** I missed that email, but I thank you.

**THE COURT:** All right.

**MR. WALTER:** Nothing further.

**THE COURT:** Mr. Hanson, anything else?

**MR. HANSON:** One -- I guess I wouldn't call a motion in limine -- housekeeping.

The Court has previously ruled that the government could bring up my client's two past convictions for distribution of controlled substance, just the convictions, nothing about the background. In voir dire, it would be my intention to ask if any of the jurors would convict my client solely because he has two past -- you know, prior convictions.

I want to clarify, before I do that, with the government, are you still intending to do that?

**THE COURT:** To bring up his two prior convictions? Ms. Petersen.

**MS. PETERSEN:** I fully intend to do that.

**MR. HANSON:** That's all I wanted, because it's going to be the first issue on a habeas if I don't clear it up.

**THE COURT:** Okay. Anything else?

**MS. PETERSEN:** No, Your Honor.

**MR. WALTER:** No. Thank you, Your Honor.

**THE COURT:** All right. We'll see you in the other courtroom.

*(Motion Hearing concludes at 1:32 p.m.)*

* * * * *

UNITED STATES DISTRICT COURT )
DISTRICT OF SOUTH DAKOTA )
SOUTHERN DIVISION )

I, Tricia L. Bernstein, Official United States District Court Reporter, Registered Professional Reporter, and Certified Realtime Reporter hereby certify that the above and foregoing transcript is a full, true, and correct transcript of the proceedings had, so taken to the best of my ability, consisting of Pages 1 - 19.

I further certify that I am not an agent, attorney, or counsel for any party to said action nor in anywise interested in the outcome thereof.

IN WITNESS WHEREOF, I have hereunto subscribed my name this 24th day of July, 2025.

/S/ Tricia L. Bernstein
Tricia L. Bernstein, RPR, CRR
Official Court Reporter
400 S. Phillips Avenue
Sioux Falls, SD 57104

**MR. HANSON: [16]** 3/8 3/137/2410/2111/411/10 11/1211/2312/214/23 15/715/1215/1416/22 17/1818/6
**MR. WALTER: [11]** 5/177/1911/1711/1912/6 15/1315/1516/2417/14 17/1618/10
**MS. PETERSEN: [13]** 8/19/510/1010/1213/5 14/314/614/1715/117/1 17/1018/518/9
**THE COURT: [33]**

## /
**/S [1]** 19/11

## 1
**100 [1]** 2/7
**15 [1]** 5/12
**18 [2]** 5/125/12
**19 [1]** 19/6
**1:00 [1]** 1/9
**1:32 p.m [1]** 18/13
**1st [1]** 2/3

## 2
**2,000 nanograms [1]** 15/22
**2,7 [1]** 1/5
**200 milligrams [1]** 15/19
**2023 [2]** 8/1710/9
**2025 [2]** 1/919/10
**23-CR-40100-2,7 [1]** 1/5
**230 [1]** 2/10
**24 [1]** 1/9
**24th [1]** 19/10
**27th [2]** 8/1710/9

## 3
**300 [1]** 2/3
**325 [1]** 2/3
**330-6613 [1]** 1/23
**335 [1]** 2/10

## 4
**400 [2]** 1/2319/13
**401 [2]** 8/610/2
**402 [2]** 8/610/2
**403 [2]** 8/1110/2
**44 [1]** 7/20
**45 [2]** 5/206/21

## 5
**500 nanograms [1]** 15/21
**505 [1]** 2/7
**57104 [5]** 1/232/42/7 2/1119/13

## 6
**605 [1]** 1/23
**6613 [1]** 1/23

## 8
**8,500 [1]** 14/13
**8500 [4]** 14/2415/18 15/2416/12
**8500 milligrams [2]** 4/2 4/4
**8500 nanograms [6]** 5/247/97/2213/1714/15 16/19

## 9
**9th [1]** 2/7

## A
**ability [1]** 19/6
**able [2]** 7/87/21
**about [8]** 4/68/139/20 10/1110/1712/914/9 17/23
**above [1]** 19/5
**absolutely [2]** 4/68/2
**accident [3]** 4/248/23 9/13
**accidental [1]** 13/16
**accurate [1]** 10/19
**achieved [1]** 7/11
**action [1]** 19/8
**actually [2]** 10/1315/3
**acute [3]** 4/14/1715/24
**add [1]** 10/20
**additional [1]** 4/10
**admissible [2]** 9/15 10/2
**admit [1]** 16/17
**admittance [1]** 14/8
**advise [1]** 17/11
**after [5]** 4/35/186/36/5 11/22
**again [3]** 9/1116/216/11
**against [3]** 13/1113/11 16/9
**agencies [1]** 4/14
**agent [2]** 7/519/7
**ago [2]** 6/98/18
**agree [1]** 7/24
**agreeable [1]** 14/11
**agreed [1]** 17/4
**agreement [3]** 4/814/1 14/2
**agrees [2]** 16/1616/17
**all [14]** 3/43/203/235/2 5/1111/711/1211/2316/8 17/317/1317/1518/6 18/11
**allegation [1]** 5/23
**alleged [1]** 8/15
**allow [1]** 14/8
**allowed [1]** 3/10
**almost [3]** 6/36/88/17
**alone [1]** 9/17
**also [6]** 3/165/236/13 12/1014/1016/5
**always [1]** 12/12
**am [1]** 19/7
**AMERICA [1]** 1/5
**amount [6]** 5/2512/18 13/1714/1314/1616/19
**any [26]**
**anybody [2]** 8/239/1
**anything [8]** 7/1710/20 11/1613/913/1217/6 17/1718/8
**anywhere [1]** 9/8
**anywise [1]** 19/8
**apartment [1]** 10/23
**APPEARANCES [1]** 1/25
**appears [1]** 12/16
**are [13]** 3/84/95/75/9 5/137/167/187/238/13 9/113/316/818/2
**arms [1]** 9/7
**around [2]** 4/810/9
**arrived [1]** 12/16
**ask [2]** 3/1017/24
**asked [5]** 6/66/107/17 10/2511/1
**asking [3]** 7/1612/21 12/22
**attachment [1]** 8/22
**attack [5]** 3/255/216/21 12/916/4
**attention [1]** 5/15
**attorney [3]** 2/62/10 19/7
**Attorney's [1]** 2/2
**AUSA [4]** 6/66/179/22 10/3
**AUSAs [2]** 10/414/12
**autopsy [16]** 3/143/25 4/134/185/136/76/96/12 6/247/18/229/812/20 13/1514/816/17
**Ave [2]** 1/232/10
**Avenue [2]** 2/319/13
**aware [1]** 8/19

## B
**back [1]** 12/3
**background [1]** 17/23
**Bakken [14]** 3/143/22 5/206/86/218/168/25 10/510/1610/2212/8 12/1312/1715/16
**Bakken's [2]** 5/1910/19
**based [5]** 5/225/236/2 9/2317/3
**be [23]**
**because [9]** 5/106/13 7/1312/1112/2313/24 15/1517/2518/6
**been [6]** 4/65/117/7
12/1113/1117/5
**before [6]** 1/143/73/10 10/1912/1618/1
**being [5]** 6/46/208/5 8/1312/19
**believe [9]** 4/235/23 6/206/259/1410/114/19 16/616/11
**believes [1]** 11/24
**Bernstein [4]** 1/2219/4 19/1119/12
**best [1]** 19/6
**big [13]** 3/183/214/9 4/114/228/1410/810/18 11/111/311/413/216/2
**blanketed [1]** 8/3
**body [1]** 9/9
**both [4]** 3/56/1912/7 13/3
**Brady [1]** 7/1
**bring [4]** 8/1013/14 17/2118/3
**Brookings [1]** 11/5
**brought [4]** 3/94/10 13/1113/11
**Bruce [4]** 3/148/1610/5 10/19
**BRUNSTING [2]** 1/82/9

## C
**call [4]** 7/1410/1515/19 17/18
**called [2]** 10/1313/7
**can [3]** 11/1113/14 16/17
**cannot [2]** 14/2416/19
**car [7]** 5/110/1811/13 11/1411/2111/2312/3
**cars [1]** 4/23
**case [8]** 3/174/74/75/19 8/28/149/29/21
**cases [2]** 5/315/23
**caused [2]** 4/136/15
**certainly [3]** 9/19/18 10/3
**Certified [1]** 19/5
**certify [2]** 19/519/7
**change [1]** 3/10
**charged [2]** 4/106/15
**charges [6]** 4/109/21 9/239/2510/413/10
**charging [1]** 5/7
**CHRISTOPHER [2]** 1/8 2/5
**chronic [1]** 16/1
**circuit [1]** 9/18
**claim [1]** 15/8
**clarify [1]** 18/1
**clean [1]** 12/15
**cleaned [1]** 4/25
**clear [3]** 5/412/1718/7
**clear-out [1]** 5/4
**client [6]** 3/103/2011/4
11/1511/2417/24
**client's [2]** 11/717/21
**clients [2]** 4/1116/9
**co [1]** 16/8
**co-conspirators [1]** 16/8
**Colorado [3]** 10/910/15 12/13
**come [1]** 13/22
**coming [1]** 14/14
**completely [1]** 9/17
**complications [1]** 10/24
**concerning [1]** 5/4
**concerns [1]** 5/13
**concludes [1]** 18/13
**confusion [1]** 9/16
**consider [1]** 13/19
**consideration [1]** 9/22
**considered [1]** 15/21
**consisting [1]** 19/6
**conspirators [1]** 16/8
**consult [3]** 7/137/21 13/23
**contention [1]** 3/17
**continuance [5]** 7/21 8/213/2016/2117/5
**controlled [1]** 17/22
**conversations [2]** 9/18 9/23
**convict [1]** 17/24
**convictions [4]** 17/21 17/2217/2518/3
**cooperation [2]** 8/20 10/6
**cooperators [1]** 8/25
**correct [1]** 19/5
**corroborate [1]** 11/15
**corroboration [1]** 4/21
**could [12]** 5/256/17/10 7/108/1012/1813/10 13/1614/215/215/16 17/21
**couldn't [1]** 16/12
**counsel [7]** 3/23/59/19 14/714/914/1919/8
**counter [1]** 7/12
**County [1]** 11/5
**course [2]** 6/1412/13
**court [19]** 1/11/223/1 4/115/65/116/86/146/25 7/157/168/49/2214/7 14/1817/2019/119/4 19/12
**courtroom [3]** 1/713/2 18/12
**CR [1]** 1/5
**credence [1]** 15/8
**credibility [8]** 5/25/5 6/2012/2413/913/1516/3 16/8
**cross [2]** 14/916/17
**cross-examine [2]** 14/9

**C**

**cross-examine... [1]** 16/17
**CRR [2]** 1/2219/12
**culpability [1]** 13/13
**currently [1]** 14/20

**D**

**DAKOTA [3]** 1/21/719/1
**date [7]** 10/1311/13 11/1411/2011/2211/24 14/10
**day [2]** 11/2219/10
**DEA [1]** 8/21
**dead [1]** 6/3
**deadly [2]** 14/1616/19
**deal [1]** 4/11
**dealing [2]** 14/1117/8
**deals [1]** 16/9
**death [6]** 4/125/196/15 8/168/2110/19
**decision [1]** 4/19
**decisions [1]** 5/7
**Defendant [3]** 1/92/5 2/9
**defendants [4]** 3/13/5 9/199/20
**defense [4]** 3/613/14 13/2216/8
**Denver [3]** 8/208/20 10/15
**depending [1]** 15/22
**determine [1]** 13/14
**develop [1]** 13/23
**did [6]** 4/310/2012/15 16/1317/1017/11
**didn't [3]** 7/129/1112/2
**died [14]** 3/153/233/24 4/14/175/216/86/21 10/2212/812/1012/17 16/416/6
**difference [1]** 16/2
**different [2]** 9/179/18
**dire [1]** 17/23
**direct [1]** 5/15
**discovery [1]** 4/7
**discrepancies [1]** 8/13
**distributed [1]** 12/11
**distributing [2]** 6/15 16/4
**distribution [3]** 4/12 12/1717/22
**DISTRICT [7]** 1/11/2 1/141/2219/119/119/4
**DIVISION [2]** 1/319/2
**do [14]** 7/77/157/167/17 9/79/1410/111/214/19 15/1317/818/118/218/5
**DOCKET [1]** 1/5
**doctor [1]** 9/12
**does [1]** 12/10
**doesn't [1]** 6/17
**doing [1]** 6/5
**don't [9]** 7/159/910/24 11/1613/2015/115/2 15/1018/7
**done [2]** 5/1416/10
**dose [3]** 6/115/2015/24
**dress [2]** 3/93/9
**drug [2]** 4/613/17
**drugs [4]** 3/206/15 12/1616/5
**due [1]** 12/19

**E**

**Eagle [11]** 3/183/214/9 4/228/1410/910/1811/1 11/311/413/2
**earlier [1]** 12/1
**echoing [1]** 8/3
**effect [1]** 8/9
**else [6]** 8/249/116/15 17/617/1718/8
**email [2]** 6/1617/14
**emailed [1]** 6/6
**enforcement [6]** 4/14 8/189/2410/1410/2513/8
**enhancements [1]** 5/11
**enough [1]** 7/13
**especially [1]** 8/24
**essentially [1]** 8/16
**even [9]** 4/55/68/69/22 13/1515/115/215/315/25
**event [1]** 14/10
**ever [2]** 8/1510/25
**evidence [22]**
**evidently [1]** 4/14
**examination [2]** 9/9 9/12
**examine [2]** 14/916/17
**excuse [1]** 8/8
**expecting [1]** 5/6
**experience [1]** 14/11
**expert [9]** 4/187/87/14 7/147/2212/2213/16 13/2416/11
**external [1]** 9/8

**F**

**fact [5]** 8/2212/2013/6 16/417/12
**facts [2]** 8/1312/24
**Falls [6]** 1/71/232/42/7 2/1119/13
**far [2]** 8/199/8
**fatal [2]** 13/1715/23
**federal [3]** 6/148/58/10
**fentanyl [4]** 3/153/16 12/1012/13
**file [1]** 7/2
**filed [2]** 8/317/7
**fine [1]** 17/1
**finished [1]** 15/16
**first [3]** 3/94/2018/7
**floating [1]** 4/8
**follow [1]** 7/1
**followed [1]** 10/25
**forced [1]** 8/24
**foregoing [1]** 19/5
**forward [3]** 13/1413/22 14/19
**foul [1]** 8/23
**found [3]** 8/610/16 15/19
**frankly [1]** 5/18
**full [1]** 19/5
**fully [1]** 18/5
**further [2]** 17/1619/7

**G**

**game [1]** 13/21
**gave [3]** 6/2311/515/8
**get [9]** 4/155/15/65/96/1 7/812/1412/2016/12
**getting [2]** 6/249/20
**give [1]** 15/7
**go [1]** 13/9
**goes [2]** 5/25/5
**going [10]** 4/95/85/95/9 6/117/1511/812/614/25 18/6
**got [11]** 3/143/254/3 4/134/195/137/311/12 11/2112/2115/12
**government [11]** 4/14 4/165/76/116/257/1 14/2316/1617/117/20 18/2
**grand [1]** 4/19
**grant [1]** 13/20
**granted [1]** 3/12
**guess [3]** 5/1515/10 17/18

**H**

**habeas [1]** 18/7
**habitual [2]** 4/516/1
**had [9]** 3/63/164/24/15 7/77/1316/1517/1119/6
**half [1]** 6/9
**hands [1]** 5/7
**HANSON [12]** 2/65/21 6/126/197/2310/1710/20 13/2514/2215/416/16 17/17
**happen [1]** 7/12
**happened [6]** 4/24 10/1911/111/111/15 11/21
**has [10]** 3/204/115/14 6/810/2513/2213/2517/5 17/2017/25
**hate [1]** 7/19
**have [32]**
**haven't [1]** 11/25
**having [2]** 3/410/22
**he [21]**
**heard [4]** 3/203/215/22 11/16
**hearing [3]** 1/133/4 18/13
**hearings [1]** 5/12
**heart [6]** 3/245/216/21 10/2412/916/4
**her [8]** 4/2313/913/11 13/1113/1213/1213/14 15/8
**here [4]** 5/37/48/219/16
**hereby [1]** 19/5
**hereunto [1]** 19/9
**high [2]** 6/115/24
**high-dose [1]** 15/24
**highly [3]** 6/1612/23 12/24
**him [7]** 4/26/2311/5 12/1916/516/516/15
**himself [4]** 15/1615/17 16/1316/14
**hire [1]** 4/18
**his [4]** 3/165/1511/13 18/3
**home [2]** 10/1310/14
**Honor [20]**
**HONORABLE [1]** 1/14
**hotshot [4]** 3/225/23 15/915/17
**hours [1]** 4/25
**house [4]** 1/82/63/19 12/15
**housekeeping [1]** 17/19
**how [2]** 4/156/18
**However [2]** 9/79/11
**hundred [1]** 15/19
**hypodermic [1]** 3/23

**I**

**I'd [2]** 3/108/2
**I'll [2]** 15/1815/19
**I'm [6]** 8/1914/1014/14 15/215/415/12
**I've [5]** 4/205/35/116/13 15/18
**imply [1]** 12/10
**imprisonment [2]** 4/12 5/10
**including [1]** 13/9
**incompatible [2]** 4/5 15/25
**indicate [2]** 6/916/13
**indicated [3]** 3/246/17 9/12
**indicates [1]** 13/15
**indication [2]** 4/229/7
**individual's [2]** 9/710/5
**informed [1]** 17/12
**ingest [1]** 5/25
**ingesting [1]** 6/4
**injected [6]** 3/216/4 12/1915/1616/1516/20
**injecting [2]** 15/1716/5
**injection [10]** 6/26/23 7/118/249/314/2515/5 15/716/1016/14
**insistence [1]** 7/3
**instantaneously [1]** 6/3
**instantly [1]** 16/6
**intend [1]** 18/5
**intending [1]** 18/2
**intention [2]** 17/11 17/24
**interested [1]** 19/8
**investigated [1]** 8/19
**investigation [2]** 5/22 6/22
**investigations [1]** 8/19
**is [37]**
**issue [4]** 3/63/135/15 18/7
**issues [2]** 3/89/16
**it [45]**
**it's [17]** 3/175/86/18 6/197/48/129/1612/17 12/2312/2413/2414/6 14/2415/515/716/918/6
**its [1]** 8/7

**J**

**jail [1]** 11/5
**Johnson [23]**
**Johnson's [8]** 3/194/23 5/110/1410/1810/2312/9 12/14
**JUDGE [2]** 1/1411/17
**July [1]** 19/10
**jurors [3]** 7/209/16 17/24
**jury [5]** 3/44/197/813/14 13/18
**just [11]** 4/135/139/10 9/1111/1812/212/613/22 15/1215/1817/22

**K**

**KAREN [1]** 1/14
**know [10]** 4/176/257/15 13/214/1115/115/216/7 16/1117/25
**known [1]** 11/20

**L**

**lack [1]** 9/24
**LANCE [2]** 1/82/9
**large [1]** 14/13
**late [1]** 13/21
**law [8]** 2/62/104/148/18 9/2410/1310/2413/7
**least [1]** 6/22
**led [1]** 6/20
**left [1]** 13/1
**let [1]** 9/17
**lethal [1]** 15/22
**level [3]** 7/1014/24 16/12
**life [4]** 4/54/125/10

**L**

**life... [1]** 15/25
**light [2]** 13/613/21
**like [3]** 13/2014/217/3
**likely [2]** 4/415/25
**limine [3]** 8/317/717/19
**list [2]** 13/114/21
**listed [1]** 13/2
**little [1]** 5/14
**local [1]** 8/20
**located [1]** 9/9
**long [1]** 5/10
**look [1]** 4/18
**looked [1]** 12/1
**looking [1]** 9/10
**Luverne [1]** 5/12

**M**

**mad [1]** 4/23
**made [2]** 8/1313/10
**main [2]** 2/1016/7
**make [1]** 4/19
**makes [1]** 16/2
**making [1]** 16/9
**March [4]** 1/98/1710/9 14/10
**March 27th [1]** 8/17
**marks [1]** 9/6
**matter [3]** 14/215/5 15/15
**matters [2]** 15/515/11
**may [2]** 4/2114/3
**me [5]** 7/67/178/813/8 15/13
**mean [2]** 5/111/10
**meaning [1]** 3/22
**means [3]** 7/97/2212/23
**mentioned [5]** 5/196/7 9/110/1714/1
**message [1]** 11/5
**met [1]** 17/9
**methamphetamine [18]** 3/153/153/193/22 4/14/24/44/175/256/4 6/2312/1412/1514/12 15/1815/2015/2516/5
**methamphetamine/fentanyl [1]** 3/15
**Mich [1]** 12/9
**MICHAEL [1]** 2/6
**Michele [17]** 3/173/21 4/810/1110/1210/23 10/2512/712/712/14 12/2513/313/614/914/20 15/816/18
**milligram [1]** 15/21
**milligrams [3]** 4/24/4 15/19
**milliliter [4]** 5/247/9 7/2215/23
**mine [1]** 4/12
**minute [1]** 11/18
**minutes [1]** 14/3
**misconduct [1]** 10/3
**Miss [1]** 4/25
**Miss Sapphire [1]** 4/25
**missed [2]** 4/2117/14
**misspeak [1]** 9/10
**months [1]** 10/19
**more [4]** 5/1411/16 13/2316/10
**morning [12]** 3/143/25 4/35/115/126/66/116/17 6/247/39/1012/21
**most [1]** 7/2
**motion [5]** 1/138/317/7 17/1818/13
**Mr [3]** 5/216/810/5
**Mr. [27]**
**Mr. Bakken [8]** 3/22 5/206/218/2510/1612/8 12/1715/16
**Mr. Bakken's [1]** 5/19
**Mr. Hanson [10]** 6/12 6/197/2310/1710/20 13/2514/2215/416/16 17/17
**Mr. Johnson's [2]** 4/23 5/1
**Mr. Walter [4]** 4/35/14 5/1616/23
**Mr. Walters [2]** 10/21 12/5
**Ms [1]** 7/25
**Ms. [4]** 3/2116/2517/8 18/4
**Ms. Big [1]** 3/21
**Ms. Petersen [3]** 16/25 17/818/4
**much [1]** 15/17
**my [24]**

**N**

**name [1]** 19/9
**nanograms [9]** 5/247/9 7/2213/1714/1515/21 15/2216/1216/19
**Nathan [15]** 3/183/19 4/910/1410/1410/18 10/2210/2312/712/8 12/1212/1412/2513/3 17/12
**need [3]** 4/187/2111/12
**needle [1]** 3/23
**needs [1]** 16/20
**Neither [1]** 7/17
**never [4]** 6/107/312/3 12/21
**night [1]** 4/24
**no [9]** 1/54/108/239/18 10/310/1017/1118/9 18/10
**non [1]** 15/24
**non-tolerant [1]** 15/24
**not [21]**
**note [2]** 9/59/11
**nothing [5]** 4/65/47/12 17/1617/23
**notified [1]** 3/6
**noting [1]** 8/12
**now [3]** 4/64/156/20
**Number [1]** 4/16
**Number 2 [1]** 4/16

**O**

**o'clock [1]** 3/2
**objection [1]** 17/8
**obtained [1]** 14/24
**occurred [2]** 4/2412/19
**off [1]** 5/1
**Office [1]** 2/2
**Official [2]** 19/419/12
**Oh [1]** 17/10
**Okay [2]** 11/1918/8
**old [2]** 5/206/21
**one [12]** 4/227/178/14 8/259/59/1710/1313/2 13/716/717/717/18
**only [4]** 6/17/107/10 12/18
**open [1]** 3/1
**opinion [1]** 12/18
**opportunity [1]** 13/23
**oppose [1]** 8/2
**opposed [1]** 16/10
**opposing [3]** 14/614/9 14/18
**ordered [1]** 6/25
**other [9]** 3/207/2010/3 11/1613/113/2514/12 17/718/11
**our [7]** 3/176/226/228/3 8/2216/716/9
**out [7]** 4/85/15/47/5 9/2010/2112/15
**outcome [1]** 19/8
**outside [2]** 3/49/1
**outweighed [2]** 8/88/9
**Overall [1]** 9/14
**overdose [10]** 3/164/7 8/158/159/219/2510/5 12/312/1012/18
**overdoses [1]** 14/12
**own [2]** 9/2012/14

**P**

**p.m [3]** 1/93/218/13
**Pages [1]** 19/6
**PAIGE [1]** 2/3
**pants [1]** 3/9
**party [1]** 19/8
**past [2]** 17/2117/25
**Pause [2]** 11/914/5
**pending [1]** 6/10
**people [4]** 5/86/136/14 15/24
**per [5]** 5/247/97/22 15/2115/23
**performed [1]** 9/12
**permissible [2]** 14/6 14/18
**personally [1]** 3/5
**pertinent [1]** 14/19
**PETERSEN [5]** 2/37/25 16/2517/818/4
**Phillips [2]** 1/2319/13
**pills [3]** 12/1112/12 12/13
**place [6]** 8/168/179/17 10/1510/2414/10
**Plaintiff [2]** 1/62/2
**play [1]** 8/23
**point [2]** 7/178/25
**pointed [1]** 10/21
**police [7]** 3/246/76/9 8/209/610/2211/13
**possible [2]** 5/1110/24
**possibly [2]** 5/1014/1
**potential [1]** 13/10
**potentially [4]** 7/87/13 12/2215/21
**preempts [1]** 12/22
**prejudicial [1]** 8/9
**prepare [1]** 7/8
**preparing [2]** 5/186/5
**presence [1]** 3/4
**present [12]** 3/13/23/5 3/184/138/1510/1210/15 11/311/612/813/7
**previously [1]** 17/20
**prior [2]** 17/2518/3
**prison [2]** 17/917/9
**probably [1]** 7/2
**probative [5]** 8/78/10 13/1313/1813/24
**proceed [1]** 14/19
**proceedings [1]** 19/6
**Professional [1]** 19/4
**promises [1]** 13/10
**promising [1]** 10/4
**prongs [1]** 10/2
**provide [1]** 6/11
**provided [1]** 3/19
**PSI [1]** 5/8
**pulled [1]** 7/5
**pursue [2]** 9/2410/4
**pursuing [1]** 9/23
**put [3]** 5/911/1112/3

**Q**

**quantity [1]** 5/24
**question [1]** 11/25
**Quite [1]** 5/18

**R**

**raise [1]** 3/7
**reached [2]** 7/516/19
**really [2]** 5/57/9
**Realtime [1]** 19/5
**reasons [1]** 10/1
**received [1]** 6/10
**record [2]** 3/38/12
**reduce [2]** 13/1213/12
**referencing [1]** 17/9
**reflect [1]** 3/3
**regard [2]** 9/2516/18
**regarding [2]** 8/49/21
**regards [2]** 8/2410/4
**Registered [1]** 19/4
**relative [4]** 7/157/22 12/2316/3
**relevance [1]** 8/7
**relevancy [1]** 8/4
**relevant [11]** 6/136/16 6/186/197/27/48/59/15 12/2413/2416/10
**remember [1]** 6/8
**removing [1]** 14/20
**report [15]** 3/143/25 4/134/185/136/76/127/1 8/229/810/2211/1312/20 14/816/17
**reported [1]** 8/17
**Reporter [5]** 1/2219/4 19/419/519/12
**reports [6]** 3/245/206/7 6/96/249/6
**representation [1]** 6/14
**represented [1]** 6/13
**request [2]** 16/2117/4
**research [6]** 4/35/14 5/236/36/56/22
**residence [1]** 12/9
**resolve [1]** 14/2
**respond [1]** 17/10
**reveals [1]** 6/22
**right [4]** 6/2017/317/15 18/11
**room [1]** 7/20
**RPR [2]** 1/2219/12
**Rule [1]** 8/10
**ruled [1]** 17/20
**Rules [1]** 8/6

**S**

**said [3]** 6/1910/2219/8
**same [3]** 11/1411/22 11/24
**Sapphire [11]** 3/184/9 4/224/258/1410/810/18 11/111/311/413/2
**say [6]** 5/67/1912/6 13/1616/1117/12
**saying [2]** 5/216/3
**says [3]** 4/411/411/24
**scene [1]** 4/25
**SCHREIER [1]** 1/14
**score [1]** 5/9
**SD [5]** 1/232/42/72/11 19/13
**second [1]** 3/13
**see [6]** 6/179/79/11 10/2412/218/11
**seeking [2]** 7/187/23
**seems [1]** 13/8

**S**

**seen [3]** 4/205/315/23
**selling [1]** 12/12
**sending [1]** 12/12
**sent [2]** 6/167/5
**sentence [1]** 13/12
**sentenced [1]** 4/11
**separately [1]** 17/11
**set [1]** 14/20
**sex [1]** 10/23
**she [9]** 6/176/1711/6 11/1311/2111/2312/9 12/1113/8
**She's [1]** 10/13
**shirt [1]** 3/9
**shortly [1]** 3/23
**should [3]** 3/37/713/22
**shouldn't [1]** 7/7
**show [3]** 5/86/2416/14
**shows [2]** 3/143/25
**sic [1]** 15/8
**since [1]** 10/17
**Sioux [6]** 1/71/232/42/7 2/1119/13
**sitting [1]** 7/20
**smoking [7]** 6/114/24 15/616/1116/1216/13 16/20
**solely [1]** 17/25
**some [5]** 4/34/84/20 8/128/24
**somebody [4]** 5/256/1 6/2316/15
**something [7]** 5/811/14 13/1313/1813/2514/1 15/2
**SONNY [2]** 2/917/10
**sort [7]** 8/28/78/108/21 8/249/209/24
**sounds [1]** 17/3
**SOUTH [4]** 1/21/72/3 19/1
**SOUTHERN [2]** 1/319/2
**speaking [1]** 14/12
**SPIDER [2]** 1/82/5
**St [1]** 2/7
**start [1]** 8/3
**starts [1]** 3/7
**state [1]** 9/17
**stated [3]** 5/226/1212/7
**statement [1]** 5/4
**states [9]** 1/11/51/142/2 8/18/229/619/119/4
**still [1]** 18/2
**stipulate [6]** 4/1614/8 14/1414/1514/2315/2
**stipulates [1]** 16/18
**stipulation [1]** 17/4
**stuck [1]** 4/15
**submit [1]** 9/22
**submitted [1]** 8/5
**subscribed [1]** 19/9
**substance [1]** 17/22
**substantially [2]** 8/88/9
**such [1]** 15/20
**Suite [2]** 2/32/10
**suppose [1]** 15/19
**sure [3]** 14/415/315/4
**system [3]** 3/166/2 14/13

**T**

**taken [1]** 19/6
**talks [1]** 12/9
**tell [2]** 7/815/18
**telling [1]** 5/3
**testified [1]** 5/21
**testifies [1]** 13/8
**testify [3]** 7/1411/816/9
**testifying [1]** 7/11
**testimony [2]** 4/20 12/15
**than [2]** 11/1613/25
**thank [4]** 5/1710/7 17/1418/10
**that [142]**
**that's [9]** 4/105/95/24 11/713/1814/1815/117/1 18/6
**their [4]** 5/25/56/29/20
**them [3]** 3/105/96/24
**then [7]** 4/257/411/15 14/2116/2017/317/4
**therapeutic [1]** 15/20
**there [18]** 3/84/84/21 4/215/18/148/188/239/3 9/69/1810/310/812/16 13/1613/2514/117/7
**there's [4]** 4/64/811/13 15/20
**thereafter [1]** 3/23
**thereof [1]** 19/8
**these [3]** 5/35/86/23
**they [6]** 4/256/119/9 12/812/1517/9
**they'd [1]** 6/3
**they're [6]** 5/25/35/5 16/316/416/5
**thing [1]** 15/21
**things [1]** 16/7
**think [9]** 7/197/208/12 9/1612/2313/1713/21 16/216/9
**thinking [1]** 15/12
**this [44]**
**those [6]** 5/139/199/20 10/112/1112/24
**thought [2]** 6/126/16
**thousand [1]** 15/22
**three [2]** 3/209/19
**through [1]** 6/2
**time [6]** 4/206/107/13 7/2110/917/9
**today [2]** 6/167/11
**together [1]** 12/4
**told [1]** 7/4
**tolerance [1]** 15/22
**tolerant [1]** 15/24
**took [6]** 5/18/158/17 9/1710/1514/10
**toxicity [2]** 4/14/17
**track [1]** 9/6
**transcript [3]** 1/1319/5 19/5
**trial [6]** 3/73/116/59/15 11/1114/20
**Tricia [4]** 1/2219/419/11 19/12
**true [3]** 15/115/319/5
**truth [1]** 5/3
**two [8]** 3/83/174/258/18 14/317/2117/2518/3
**typically [1]** 15/23

**U**

**U.S [2]** 1/222/2
**under [3]** 8/58/1010/2
**understand [1]** 15/10
**unfortunately [1]** 13/20
**UNITED [7]** 1/11/51/14 2/28/118/1719/4
**until [1]** 12/2
**up [6]** 4/255/810/25 17/2118/318/7
**us [2]** 6/1112/22
**used [1]** 16/14
**users [2]** 4/516/1

**V**

**value [2]** 8/88/10
**venire [1]** 3/1
**very [4]** 5/95/106/13 14/13
**voir [1]** 17/23
**voluntary [1]** 9/4
**vs [1]** 1/7

**W**

**WALTER [5]** 2/94/35/14 5/1616/23
**Walters [3]** 10/2112/5 17/10
**want [5]** 7/49/1010/20 15/1318/1
**wanted [2]** 3/718/6
**was [43]**
**way [1]** 6/1
**we [22]**
**we'd [2]** 7/212/21
**We'll [1]** 18/11
**we're [5]** 3/34/156/20 7/47/14
**we've [1]** 11/12
**weekend [3]** 4/195/19 6/6
**well [9]** 3/155/65/21 6/197/58/2010/2113/6 14/14
**went [1]** 12/13
**were [9]** 3/186/116/15 8/69/69/912/813/10 13/11
**what [16]** 5/57/97/15 7/167/187/227/2310/11 10/2511/111/211/11 11/1511/1712/2215/18
**when [8]** 6/217/198/15 10/1510/1611/2012/8 16/4
**where [4]** 4/125/210/24 11/13
**whereas [1]** 16/14
**WHEREOF [1]** 19/9
**whether [1]** 15/5
**which [1]** 3/25
**while [3]** 10/2211/512/2
**who [4]** 6/219/1210/13 12/12
**whole [1]** 10/18
**why [4]** 7/411/2515/5 15/10
**will [5]** 3/124/109/59/11 9/22
**willing [3]** 14/714/14 14/23
**withdraw [1]** 16/20
**withdrawn [1]** 17/5
**within [1]** 9/15
**witness [4]** 7/1113/1 14/2119/9
**witnesses [5]** 3/175/20 13/313/416/3
**won't [1]** 4/16
**word [1]** 11/8
**worth [1]** 8/12
**would [29]**
**wouldn't [1]** 17/18
**wrecked [6]** 4/2211/13 11/1411/2111/2312/3
**wrecking [1]** 10/18
**wrongful [1]** 8/21

**Y**

**Yeah [1]** 15/14
**year [1]** 6/8
**years [3]** 5/206/218/18
**Yes [5]** 3/813/514/17 16/2216/24
**you [29]**
**You've [1]** 11/20
**your [22]**

**Z**

**zero [3]** 8/148/188/21
**Zoom [1]** 5/12